REAGANIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAGAN COX, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ZENNI HOLDINGS, LLC et al.<br><br>　　　　Defendants | C.A. No. 25-973-JLH |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

WHEREAS, Plaintiffs Reagan Cox and Mariah Sperry, on behalf of themselves and all others similarly situated ("Plaintiffs") filed the Complaint (D.I. 1) on August 8, 2025;

WHEREAS, Plaintiffs served Defendants Zenni Holdings, LLC, Z Capital Group, LLC; Z Capital Management, LLC; Z Capital Partners, LLC; Z Capital Partners GP II, L.P.; Z Capital Partners II-A, L.P.; Z Capital Partners II-B, L.P.; Z Capital N-2L, L.L.C.; Z Capital N-2L-D, L.L.C.; Z Capital Partners Fund Holdings I, L.L.C.; Z Capital Partners II, L.P. and ZCG Consulting, LLC (collectively, "Defendants") on August 28, 2025;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendants to serve an answer to the Complaint is September 18, 2025; and

WHEREAS, the parties wish to extend this deadline to November 3, 2025 and to grant Plaintiffs 30 days to respond to any filing other than an Answer, provided that Defendants agree not to contest service;

| Event | Deadline Under the Rules | New Deadline |
|---|---|---|
| Move, answer, or otherwise respond to the Complaint (D.I. 1) | September 18, 2025<br>(Rule 12(a)) | November 3, 2025 |

1

| Event | Deadline Under the Rules | New Deadline |
|---|---|---|
| Response to any filing other than an Answer | November 17, 2025 (D. Del. LR 7.1.2(b)) | 30 days from filing of response |

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that:

1. Defendants agree to not contest service of the Complaint pursuant to Rule 12(b)(5);

2. The deadline for Defendants to move, answer, or otherwise respond to the Complaint (D.I. 1) is extended to November 3, 2025; and

3. Should Defendants file any response to the Complaint other than an Answer, Plaintiffs' answering brief shall be due no later than 30 days from the time Defendants file such a response.

Dated: September 3, 2025

**MARGOLIS EDELSTEIN**

*/s/ James E. Huggett*
James E. Huggett (#3956)
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
Phone 302-888-1112
Fax 302-888-1119
jhugggett@margolisedelstein.com

*Attorney for Plaintiffs*

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
David A. Jenkins (No. 932)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
daj@skjlaw.com
dat@skjlaw.com

*Attorneys for Defendants*

SO ORDERED this _____ day of September, 2025

_____
The Honorable Jennifer L. Hall
United States District Judge