IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

REAGAN COX and MARIAH SPERRY
on behalf of themselves and all others similarly
situated,

                Plaintiffs,        Case No.: 1:25-CV-00973-JLH

v.

ZENNI HOLDINGS, LLC
Z CAPITAL GROUP, LLC;
Z CAPITAL MANAGEMENT, LLC;
Z CAPITAL PARTNERS, LLC;
Z CAPITAL PARTNERS GP II, L.P.
Z CAPITAL PARTNERS II-A, L.P.;
Z CAPITAL PARTNERS II-B, L.P.;
Z CAPITAL N-2L, L.L.C.;
Z CAPITAL N-2L-D, L.L.C.;
Z CAPITAL PARTNERS FUND HOLDINGS I, L.L.C.;
Z CAPITAL PARTNERS II, L.P.
and
ZCG CONSULTING, LLC

                Defendants.

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                               ) SS.
NEW CASTLE COUNTY  )

    1.    I am _Frank O'Donnell_, a representative of Blue Marble Legal, retained by Plaintiffs' attorney, James E. Huggett, Esquire to effect service on Defendants.

    2.    The Defendants are companies incorporated in Delaware, and their registered agent is The Corporation Trust Company, located at 1209 Orange Street, Bottom Floor, Wilmington, Delaware 19801.

3.  I personally hand-delivered a copy of the Summons and Complaint to the registered agent for each defendant listed on the attached service list on _August 28_, 2025. The location where I did this was The Corporation Trust Company, 1209 Orange Street, Bottom Floor, Wilmington, DE 19801.

I swear that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated:
    Wilmington, DE

Served by:

_Frank O'Donnell_
Print Name

_[signature]_
Signature

SWORN TO AND SUBSCRIBED before me this _28_ day of August, 2025.

_[signature]_
NOTARY PUBLIC

[Notary Seal: BRIAN JAMES SCHOFIELD, MY COMMISSION EXPIRES NOV. 30, 2025, NOTARY PUBLIC, STATE OF DELAWARE]

## SERVICE LIST

| | |
|---|---|
| Zenni Holdings, LLC<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | Z Capital Group, LLC<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Z Capital Management, LLC<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | Z Capital Partners GP II, L.P.<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Z Capital Partners, LLC<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | Z Capital Partners II-A, L.P.<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Z Capital Partners II-B, L.P.<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | Z Capital N-2L, L.L.C.<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Z Capital N-2L-D, L.L.C.<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | Z Capital Partners Fund Holdings I, L.L.C.<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Z Capital Partners II, L.P.<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | ZCG Consulting, LLC<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |