# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAGAN COX, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ZENNI HOLDINGS, LLC, et al.<br><br>　　　　　Defendants | C.A. No. 25-973-JLH |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of David A. Jenkins of Smith, Katzenstein & Jenkins LLP as counsel for Defendants in the above action.

Dated: September 8, 2025

　　　　　　　　　　　　　　　　　　　　**SMITH KATZENSTEIN & JENKINS LLP**

　　　　　　　　　　　　　　　　　　　/s/ David A. Jenkins
　　　　　　　　　　　　　　　　　　　David A. Jenkins (No. 932)
　　　　　　　　　　　　　　　　　　　Daniel A. Taylor (No. 6934)
　　　　　　　　　　　　　　　　　　　1000 N. West Street, Suite 1501
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　(302) 652-8400
　　　daj@skjlaw.com
　dat@skjlaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*