# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAGAN COX, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ZENNI HOLDINGS, LLC et al.<br><br>　　　　Defendants | C.A. No. 25-973-JLH |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Z Capital N-2L-D, LLC states as follows:

1.　　Z Capital N-2L-D, LLC is a privately held limited liability company and has no parent corporation. No publicly held corporation owns 10% or more of Z Capital N-2L-D, LLC's membership interests.

Dated: September 17, 2025

　　　　　　　　　　　　　　　　　　**SMITH KATZENSTEIN & JENKINS LLP**

　　　　　　　　　　　　　　　　　　*/s/ Daniel A. Taylor*
　　　　　　　　　　　　　　　　　　David A. Jenkins (No. 932)
　　　　　　　　　　　　　　　　　　Daniel A. Taylor (No. 6934)
　　　　　　　　　　　　　　　　　　1000 N. West Street, Suite 1501
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 652-8400
　　　　　　　　　　　　　　　　　　daj@skjlaw.com
　　　　　　　　　　　　　　　　　　dat@skjlaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*