IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAGAN COX, et al.<br><br>    Plaintiffs,<br><br>   v.<br><br>ZENNI HOLDINGS, LLC et al.<br><br>    Defendants | C.A. No. 25-973-JLH |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Z Capital Partners Fund Holdings I, LLC states as follows:

1. Z Capital Partners Fund Holdings I, LLC is a privately held limited liability company and has no parent corporation. No publicly held corporation owns 10% or more of Z Capital Partners Fund Holdings I, LLC's membership interests.

Dated: September 17, 2025

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
David A. Jenkins (No. 932)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
daj@skjlaw.com
dat@skjlaw.com

*Attorneys for Defendant*