IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAGAN COX, et al.<br><br>            Plaintiffs,<br><br>  v.<br><br>ZENNI HOLDINGS, LLC et al.<br><br>            Defendants | C.A. No. 25-973-JLH |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Z Capital Partners II-B, LP states as follows:

1. Z Capital Partners II-B, LP is a privately held limited partnership and has no parent corporation. No publicly held corporation owns 10% or more of the partnership interests in Z Capital Partners II-B, LP

Dated: September 17, 2025

                                              **SMITH KATZENSTEIN & JENKINS LLP**

                                              */s/ Daniel A. Taylor*
                                              David A. Jenkins (No. 932)
                                              Daniel A. Taylor (No. 6934)
                                              1000 N. West Street, Suite 1501
                                              Wilmington, DE 19801
                                              (302) 652-8400
                                              daj@skjlaw.com
                                              dat@skjlaw.com

                                              *Attorneys for Defendant*