## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAGAN COX, et al.<br><br>     Plaintiffs,<br><br>  v.<br><br>ZENNI HOLDINGS, LLC et al.<br><br>     Defendants | C.A. No. 25-973-JLH |

### DEFENDANTS' MOTION TO DISMISS

Defendants Zenni Holdings, LLC, Z Capital Group, LLC; Z Capital Management, LLC; Z Capital Partners, LLC; Z Capital Partners GP II, L.P.; Z Capital Partners II-A, L.P.; Z Capital Partners II-B, L.P.; Z Capital N-2L, L.L.C.; Z Capital N-2L-D, L.L.C.; Z Capital Partners Fund Holdings I, L.L.C.; Z Capital Partners II, L.P. and ZCG Consulting, LLC (collectively, "Defendants"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves the Court to dismiss Plaintiffs' Complaint (D.I. 1) for failure to state a claim upon which relief can be granted. The grounds for this motion are fully set forth in the opening brief in support of this motion, filed contemporaneously herewith. A proposed Order is attached hereto.

Dated: November 3, 2025

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
David A. Jenkins (No. 932)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
daj@skjlaw.com
dat@skjlaw.com

*Attorneys for Defendants*