**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

REAGAN COX, et al.

        Plaintiffs,

    v.

ZENNI HOLDINGS, LLC et al.

      Defendants

C.A. No. 25-973-JLH

**[PROPOSED] ORDER**

At Wilmington, this ___ day of _____, 202_;

The Court having considered the briefing on Defendants' Motion to Dismiss (D.I. __);

IT IS HEREBY ORDERED THAT the Motion is GRANTED:

1.  The Complaint (D.I. 1) is hereby DISMISSED with prejudice; and

2.  The Clerk of Court is hereby ordered to CLOSE this case.

_____
The Honorable Jennifer L. Hall
United States District Judge