IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAGAN COX, et al.<br><br>      Plaintiffs,<br><br>    v.<br><br>ZENNI HOLDINGS, LLC et al.<br><br>      Defendants | C.A. No. 25-973-JLH |

### DECLARATION OF DANIEL A. TAYLOR

I, Daniel A. Taylor, declare:

1. I am an attorney at the law firm of Smith, Katzenstein & Jenkins LLP and counsel for Defendants in the above-captioned matter.

2. I am over the age of 18 and have personal knowledge of the facts set forth herein. I submit this Declaration to provide the Court with information relevant to Defendants' Motion to Dismiss.

3. Attached as Exhibit 1 is a true and correct copy of the Complaint filed at Docket #1 in *Reagen Cox and Mariah Sperry, et al v. Maple Mountain Group, Inc. d/b/a Modere, Inc.*, Case No. 2:25-cv-00314 (D. Utah Apr. 21, 2025).

4. Attached as Exhibit 2 is a true and correct copy of the Maple Mountain bankruptcy liabilities and statement of financial affairs, available on the public docket at Docket # 15 in *In re: Maple Mountain Enterprises, Inc.*, Case No. 25-13199-MKN, (Bankr. D. Nev. Jun. 16, 2025).

5. Attached as Exhibit 3 is a true and correct copy of Matthew Kane's affidavit, submitted at Docket # 35-2, Exhibit B in *International Confections Company, LLC v. Z Capital*

*Group, LLC*, Case No. 2:18-cv-01108 (S.D. Ohio, Mar. 5, 2021). The Complaint in this action quotes and references this document several times. *See* D.I. 1, at ¶ 27 *(i)–(k)*, *(hh)*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2025.

      *Daniel A. Taylor*
      Daniel A. Taylor