# EXHIBIT 2

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar. No. 14339
aagelakopoulos@nvfirm.com
Emily D. Anderson, Esq.
Nevada Bar No. 13814
eanderson@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 25-13199-MKN |
| MAPLE MOUNTAIN ENTERPRISES, INC., | Chapter 7 |
| Debtor. | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On June 2, 2025 (the "Petition Date"), MAPLE MOUNTAIN ENTERPRISES, INC. ("**MME**") and MAPLE MOUNTAIN GROUP, INC. ("**MMG**") (each a "Debtor", and collectively, the "Debtors") filed voluntary petitions for relief under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Nevada (the "**Bankruptcy Court**") and their cases were assigned, respectively, Case No. 25-13199-MKN (the "**MME Case**") and Case No. 25-13201-MKN (the "**MMG Case**"), each a "Bankruptcy Case" and collectively the "**Bankruptcy Cases**").

The Debtors are filing their Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**") (jointly, the "**Schedules and SOFA**") with the

/ / /

Bankruptcy Court pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and SOFA. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and SOFA.

The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and SOFA contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report its assets and liabilities.

## Global Notes and Overview of Methodology

1. **"As of" Information Date**. Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these notes, is provided as of June 2, 2025 (the "**Petition Date**") or as close thereto as reasonably practicable under the circumstances.

2. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and SOFA; however, inadvertent errors or omissions may exist. Each Debtor reserves all rights to (i) amend or supplement the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and SOFA with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFA as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a Claim in the Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed. Furthermore, nothing contained in any of the Schedules or SOFA shall constitute a waiver of rights with respect to any Bankruptcy Case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation

of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and SOFA except as may be required by applicable law.

3.  **Recharacterization**. Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, each Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition, and, conversely, whether certain agreements and contracts may constitute executory contracts. Disclosure of information in one or more Schedules, one or more Statement question, or one or more exhibits or attachments to the Schedules and SOFA, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

4.  **Liabilities**. The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFA. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, each Debtor reserves all of its rights to amend, supplement, or otherwise modify the Schedules and SOFA as is necessary or appropriate.

5.  **Insiders.** For purposes of the Schedules and SOFA, the Debtors defined "**insiders**" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers or persons in control of the Debtor; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules and SOFA, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, each Debtor does not take any position with respect to: (a) any insider's influence over the control of the Debtor; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

6.  **Intellectual Property Rights.** Exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

7.  **Classifications**. Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by any Debtor of the legal

rights of the claimant or a waiver of any Debtor's rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

8.   **Claims Description.** Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a Debtor's Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by any Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Each Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any Claim reflected on its Schedules and SOFA on any grounds, including liability or classification. Additionally, each Debtor expressly reserves all of its rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by any Debtor.

9.   **Causes of Action.** Despite its commercially reasonable efforts to identify all known assets, a Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and SOFA, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Each Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") it may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

10.  **Unknown or Undetermined Amounts.** Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

11.  **Signature.** The Schedules and Statements are signed by Thomas S. Avila, Chief Restructuring Officer for the Debtors and an authorized signatory of the Debtors. In reviewing and signing the Statements and Schedules, Mr. Avila has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Avila has not (and could not) personally verified the accuracy of each statement and representation contained in the Statements and Schedules, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

12.  **Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies:

a. **Estimates and Assumptions**. Because of the timing of the filings, the Debtors were required to make certain estimates and assumptions that may have affected the reported amounts of these assets and liabilities. Actual results could differ from those estimates, perhaps materially. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

b. **Payables, Credits and Adjustments**. Claims of creditors are listed in the amounts recorded on the Debtors' books and records, based on invoices received and other relevant documentation from or contracts with such creditors. These amounts may not reflect certain credits, set-offs, allowances, or other adjustments due from such creditors.

c. **Leases**. Nothing in the Schedules and Statements is, or shall be construed , an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired).

d. **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation net operating losses, accrued salaries, and employee benefit accruals. The Debtors have also excluded rejection damages claims of counterparties to executory contracts and unexpired leases that may (or may not) be rejected. In addition, certain immaterial assets and liabilities may have been excluded.

e. **Executory Contracts and Unexpired Leases**. Executory contracts and unexpired leases have been set forth on Schedule G but are incorporated into Schedule A/B as applicable. The Schedules and Statements do not reflect any claims or estimates for contract rejection damages.

f. **Causes of Action**. Despite efforts to identify known assets, the Debtors may not have listed all their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law it may have, and neither these notes nor the Schedules and Statements shall be deemed a waiver of any such claims or causes of action or in any way prejudice or impair the assertion of such claims or causes of action.

g. **Accounting**. There may be instances within the Schedules and Statements where title to an asset is with one of the Debtor holding companies but in the ordinary course of conduct arising prior to these cases such assets have been accounted for as being owned

or held by another Debtor holding company. The Debtors do not believe that any such instances are material, and the Schedules or Statements generally treat such items consistent with past practices.

h.  **<u>Confidentiality.</u>** There may be instances within the Schedules and Statements where names and/or addresses have been redacted or left blank out of concerns for confidentiality or privacy of individuals, including without limitation employee addresses. To the extent that certain addresses are withheld, the Debtor will make such addresses available upon reasonable request subject to any applicable law.

[END]

**Fill in this information to identify the case:**

Debtor name   Maple Mountain Enterprises, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   25-13199-MKN

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 16, 2025        X /s/ Thomas S. Avila
                                    Signature of individual signing on behalf of debtor

                                    Thomas S. Avila
                                    Printed name

                                    Chief Restructuring Officer
                                    Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Maple Mountain Enterprises, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    25-13199-MKN

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $ _____ 15,292,359.47

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $ _____ 15,292,359.47

**Part 2:    Summary of Liabilities**

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................................... $ _____ 169,455,141.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ _____ 1,763,900.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ _____ 1,314,506.28

4.  **Total liabilities** ..............................................................................................
    Lines 2 + 3a + 3b

    $ _____ 172,533,547.28

**Fill in this information to identify the case:**

Debtor name ___Maple Mountain Enterprises, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) ___25-13199-MKN___

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. | HSBC Bank USA | Checking | 8827 | $4,605.47 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $4,605.47

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Unknown (GL's "Deposits" and "Other Long-term assets" from pre-2016) | $30,935.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.          $30,935.00

Debtor    Maple Mountain Enterprises, Inc.                                    Case number (If known) 25-13199-MKN
_____Name_____

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

Current value of
debtor's interest

Debtor    Maple Mountain Enterprises, Inc.                    Case number *(if known)*  25-13199-MKN
_____ _____                _____ _____
          Name

**71.**    **Notes receivable**
           Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
           Description (for example, federal, state, local)

| Description | Tax year | Amount |
|---|---|---|
| Federal NOL Carryforward at 12/31/24 | 2024 | $15,187,030.00 |
| Arizona – State Income Tax Overpayments | 2024 | $3,573.00 |
| Utah – State Income Tax Overpayment | 2024 | $5,108.00 |
| California – State Income Tax Overpayment | 2024 | $2,316.00 |
| Michigan – State Income Tax Overpayment | 2024 | $5,591.00 |
| Missouri – State Income Tax Overpayments | 2024 | $1,190.00 |
| Wisconsin – State Income Tax Overpayments | 2024 | $22,258.00 |
| Pennsylvania – State Income Tax Overpayments | 2024 | $8,616.00 |
| Arkansas – State Income Tax Overpayments | 2024 | $1,113.00 |
| North Carolina – State Income Tax Overpayments | 2024 | $1,067.00 |
| South Carolina – State Income Tax Overpayments | 2024 | $996.00 |
| New Jersey – State Income Tax Overpayments | 2024 | $15,980.00 |
| Idaho – State Income Tax Overpayments | 2024 | $160.00 |
| Hawaii – State Income Tax Overpayments | 2024 | $1,821.00 |

**73.**    **Interests in insurance policies or annuities**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Maple Mountain Enterprises, Inc. | Case number *(if known)* | 25-13199-MKN |
|--------|----------------------------------|--------------------------|--------------|
|        | Name                             |                          |              |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
Civil Complaint - Maple Mountain Enterprises, Inc. et al. vs. Justin Prince et al                                                                                                   Unknown

| Nature of claim | Breach of Contract |
|-----------------|--------------------|
| Amount requested | $0.00 |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                                     $15,256,819.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    Maple Mountain Enterprises, Inc.
          Name                                           Case number *(If known)*  25-13199-MKN

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,605.47 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $30,935.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $15,256,819.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,292,359.47 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15,292,359.47 |

**Fill in this information to identify the case:**

Debtor name __Maple Mountain Enterprises, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __25-13199-MKN__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | Cerberus Business Finance Agency LLC | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $169,455,141.00 | $0.00 |
| | 875 Third Avenue, 12th Floor New York, NY 10022 | | | |
| | Creditor's mailing address | **Describe the lien** Blanket | | |
| | | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** ☐ No ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** 6/30/2021 | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $169,455,141 .00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    Maple Mountain Enterprises, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    25-13199-MKN

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Alabama Department of Revenue<br>Sales and Use Tax Division<br>P.O. Box 327790<br>Montgomery, AL 36132 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $5,351.00 | Unknown |
| Date or dates debt was incurred<br>3/31/2025 | Basis for the claim:<br>Sales Tax | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Albina Truax<br>1212 W. Summit Ridge Parkway<br>Santaquin, UT 84655 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $3,319.00 | Unknown |
| Date or dates debt was incurred<br>4/11/2025 | Basis for the claim:<br>Unpaid Contract Severance | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Alvaro Lazareno<br>1206 West 1380 North<br>Orem, UT 84057 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $4,285.00 | Unknown |
| Date or dates debt was incurred<br>4/11/2025 | Basis for the claim:<br>Unpaid Contract Severance | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor  Maple Mountain Enterprises, Inc.                                    Case number (if known)   25-13199-MKN
             Name

| 2.4 | Priority creditor's name and mailing address<br>Arizona Department of Revenue<br>P.O. Box 29010<br>Phoenix, AZ 85038-9010 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $11,932.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>3/31/2025 | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>Arkansas Dept of Finance and Admin<br>Sales and Use Tax Section<br>P.O. Box 3566<br>Little Rock, AR 72203 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $5,321.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>3/31/2025 | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>Arkansas Dept of Finance and<br>Administrat<br>Corporation Income Tax Section<br>Little Rock, AR 72203-0919 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $300.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>12/31/2024 | Basis for the claim:<br>Income Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address<br>Arturo Lazareno<br>1049 North 1880 West<br>Provo, UT 84604 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $2,887.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>4/11/2025 | Basis for the claim:<br>Unpaid Contract Severance | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>Asma Ishaq<br>137 Via Havre<br>Newport Beach, CA 92663 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $249,827.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>4/11/2025 | Basis for the claim:<br>Unpaid Contract Severance | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|---|---|---|---|
| | Name | | |

---

**2.9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | $0.00 |
|---|---|---|---|
| Bradley Hutchings | *Check all that apply.* | | |
| 156 East 8800 South | ☒ Contingent | | |
| Spanish Fork, UT 84660 | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 4/11/2025 | Unpaid Contract Severance |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No   ☐ Yes |

---

**2.10**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,467.00 | Unknown |
|---|---|---|---|
| Business Tax Division | *Check all that apply.* | | |
| 445 East Capital Avenue | ☒ Contingent | | |
| Pierre, SD 57501 | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 3/31/2025 | Sales Tax |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No   ☐ Yes |

---

**2.11**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,631.00 | Unknown |
|---|---|---|---|
| California Dept of Tax and Fee Admin | *Check all that apply.* | | |
| P.O. Box 942879 | ☒ Contingent | | |
| Sacramento, CA 94279-7072 | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 4/15/2025 | Sales Tax |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No   ☐ Yes |

---

**2.12**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,600.00 | Unknown |
|---|---|---|---|
| California Franchise Tax Board | *Check all that apply.* | | |
| P.O. Box 942857 | ☒ Contingent | | |
| Sacramento, CA 94257-0501 | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 12/31/2024 | Income Taxes |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No   ☐ Yes |

---

**2.13**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,596.00 | Unknown |
|---|---|---|---|
| Cammie Noel Taylor | *Check all that apply.* | | |
| 656 East 350 North | ☒ Contingent | | |
| Provo, UT 84606 | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 4/11/2025 | Unpaid Contract Severance |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No   ☐ Yes |

---

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|
| | Name | | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,721.00 | $0.00 |
|---|---|---|---|---|
| | Catherine Scott<br>7124 Moresham Way<br>Wake Forest, NC 27587 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred<br>4/11/2025 | Basis for the claim:<br>Unpaid Contract Severance | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,196.00 | Unknown |
|---|---|---|---|---|
| | Claudia Alonso<br>1812 West 520 South<br>Provo, UT 84601 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred<br>4/11/2025 | Basis for the claim:<br>Unpaid Contract Severance | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,539.00 | Unknown |
|---|---|---|---|---|
| | Colorado Department of Revenue<br>P.O. Box 17087<br>Denver, CO 80217-0087 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred<br>3/31/2025 | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $867.00 | Unknown |
|---|---|---|---|---|
| | Comptroller of Maryland<br>Revenue Administration Division<br>P.O. Box 1829<br>Annapolis, MD 21404 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred<br>3/31/2025 | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $491.00 | Unknown |
|---|---|---|---|---|
| | Connecticut Dept of Revenue<br>Services<br>450 Columbus Blvd., Suite 1<br>Hartford, CT 06103 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred<br>3/31/2025 | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor     Maple Mountain Enterprises, Inc.                                    Case number (if known)     25-13199-MKN
                    Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.00 | Unknown |
|---|---|---|---|---|

**Departamento de Hacienda**
Area de Recaudaciones
P.O. Box 9024140
San Juan, PR 00902-4140

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
4/15/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.00 | Unknown |
|---|---|---|---|---|

**District of Columbia**
P.O. Box 96169
Washington, DC 20090

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
4/15/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,851.00 | $0.00 |
|---|---|---|---|---|

**Evens Fabiens**
4861 S. Olive Avenue
Mapleton, UT 84664

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
4/11/2025

Basis for the claim:
Unpaid Contract Severance

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,545.00 | Unknown |
|---|---|---|---|---|

**Florida Dept of Revenue**
5050 W. Tennessee Street
Mail Stop 3-2000
Tallahassee, FL 32399-0112

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
3/31/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,701.00 | Unknown |
|---|---|---|---|---|

**Georgette Traore**
4883 West Aerie Hill Drive
West Jordan, UT 84081

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
4/11/2025

Basis for the claim:
Unpaid Contract Severance

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  __Maple Mountain Enterprises, Inc._____     Case number (if known)   __25-13199-MKN__
       Name

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,616.00 | Unknown |
|---|---|---|---|---|

**2.24**

Priority creditor's name and mailing address
Georgia Dept of Revenue
P.O. Box 105408
Atlanta, GA 30348-5408

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$10,616.00    Unknown

Date or dates debt was incurred
3/31/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address
Grace Ashton
1528 Sunview Court
Santa Rosa, CA 95401

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$6,714.00    $6,714.00

Date or dates debt was incurred
4/11/2015

Basis for the claim:
Unpaid PTO

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address
Gregory Anthony Gittens
783 East 17th Street
Brooklyn, NY 11230

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$64,615.00    Unknown

Date or dates debt was incurred
4/11/2025

Basis for the claim:
Unpaid Contract Severance

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.27**

Priority creditor's name and mailing address
Hawaii Department of Taxation
P.O. Box 1425
Honolulu, HI 96806-1425

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$4,636.00    Unknown

Date or dates debt was incurred
3/31/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.28**

Priority creditor's name and mailing address
Heath Tilley
7203 Driftwood Drive SE
Ada, MI 49301

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$38,462.00    Unknown

Date or dates debt was incurred
4/11/2025

Basis for the claim:
Unpaid PTO

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   Maple Mountain Enterprises, Inc.                                    Case number (if known)   25-13199-MKN
_____
Name

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,762.00 | Unknown |
|---|---|---|---|---|
| | Heath Tilley | *Check all that apply.* | | |
| | 7203 Driftwood Drive Southeast | ☒ Contingent | | |
| | Ada, MI 49301 | ☒ Unliquidated | | |
| | | ☒ Disputed | | |

Date or dates debt was incurred          Basis for the claim:
4/11/2025                                Unpaid Contract Severance

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,953.00 | Unknown |
|---|---|---|---|---|
| | Idaho State Tax Commission | *Check all that apply.* | | |
| | P.O. Box 76 | ☒ Contingent | | |
| | Boise, ID 83707-0076 | ☒ Unliquidated | | |
| | | ☒ Disputed | | |

Date or dates debt was incurred          Basis for the claim:
3/31/2025                                Sales Tax

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,213.00 | Unknown |
|---|---|---|---|---|
| | Illinois Department of Revenue | *Check all that apply.* | | |
| | P.O. Box 19041 | ☒ Contingent | | |
| | Springfield, IL 62794-9041 | ☒ Unliquidated | | |
| | | ☒ Disputed | | |

Date or dates debt was incurred          Basis for the claim:
4/15/2025                                Sales Tax

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,359.00 | Unknown |
|---|---|---|---|---|
| | Indiana Dept of Revenue | *Check all that apply.* | | |
| | P.O. Box 7218 | ☒ Contingent | | |
| | Indianapolis, IN 46207-7218 | ☒ Unliquidated | | |
| | | ☒ Disputed | | |

Date or dates debt was incurred          Basis for the claim:
3/31/2025                                Sales Tax

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,807.00 | Unknown |
|---|---|---|---|---|
| | Iowa Dept of Revenue | *Check all that apply.* | | |
| | P.O. Box 10412 | ☒ Contingent | | |
| | Des Moines, IA 50306-0412 | ☒ Unliquidated | | |
| | | ☒ Disputed | | |

Date or dates debt was incurred          Basis for the claim:
3/31/2025                                Sales Tax

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☒ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|
| | Name | | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,177.00 | Unknown |
|---|---|---|---|---|
| | Jasmine St. Louis<br>977 West 1455 North<br>Orem, UT 84057 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred<br>4/11/2025 | Basis for the claim:<br>Unpaid Contract Severance | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,808.00 | Unknown |
|---|---|---|---|---|
| | Jeffrey Lars Hildebrandt<br>1367 West Fort Rock Drive<br>Saratoga Springs, UT 84045 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred<br>4/11/2025 | Basis for the claim:<br>Unpaid PTO | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,636.00 | Unknown |
|---|---|---|---|---|
| | Jeffrey Lars Hildebrandt<br>1367 West Fort Rock Drive<br>Saratoga Springs, UT 84045 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred<br>4/11/2025 | Basis for the claim:<br>Unpaid Contract Severance | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,538.00 | Unknown |
|---|---|---|---|---|
| | Kansas Dept of Revenue<br>P.O. Box 3506<br>Topeka, KS 66625-3506 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred<br>3/31/2025 | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,409.00 | Unknown |
|---|---|---|---|---|
| | Karen Newton<br>Box 145<br>Mona, UT 84645 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred<br>4/11/2025 | Basis for the claim:<br>Unpaid Contract Severance | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|
| | Name | | | |

---

**2.39**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,457.00 | Unknown |
|---|---|---|---|
| Kentucky Dept of Revenue | *Check all that apply.* | | |
| Division of Sales and Use Tax | ☒ Contingent | | |
| P.O. Box 181 | ☒ Unliquidated | | |
| Frankfort, KY 40602-0181 | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 3/31/2025 | Sales Tax |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes |

---

**2.40**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,444.00 | Unknown |
|---|---|---|---|
| Louisiana Dept of Revenue | *Check all that apply.* | | |
| P.O. Box 3138 | ☒ Contingent | | |
| Baton Rouge, LA 70821-3138 | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 3/31/2025 | Sales Tax |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes |

---

**2.41**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,902.00 | Unknown |
|---|---|---|---|
| Maine Revenue Services | *Check all that apply.* | | |
| P.O. Box 1064 | ☒ Contingent | | |
| Augusta, ME 04332-1064 | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 4/15/2025 | Sales Tax |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No  ☐ Yes |

---

**2.42**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,073.00 | Unknown |
|---|---|---|---|
| Massachusetts Dept of Revenue | *Check all that apply.* | | |
| P.O. Box 419540 | ☒ Contingent | | |
| Boston, MA 02241-9540 | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 3/31/2025 | Sales Tax |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes |

---

**2.43**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106,169.00 | Unknown |
|---|---|---|---|
| Michelle N. Wilson | *Check all that apply.* | | |
| 488 East 12100 South | ☒ Contingent | | |
| Draper, UT 84020 | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 4/11/2025 | Unpaid Contract Severance |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes |

---

Debtor  Maple Mountain Enterprises, Inc.
       Name                                          Case number (if known)    25-13199-MKN

---

**2.44**

Priority creditor's name and mailing address
**Michigan Dept of Treasury**
Collection Services Bureau
P.O. Box 30199
Lansing, MI 48909

Date or dates debt was incurred
3/31/2025

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Sales Tax

Is the claim subject to offset?
☒ No
☐ Yes

$1,029.00    Unknown

---

**2.45**

Priority creditor's name and mailing address
**Minnesota Dept of Revenue**
Mail Station 6330
600 N. Robert Street
Saint Paul, MN 55146-6330

Date or dates debt was incurred
3/31/2025

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Sales Tax

Is the claim subject to offset?
☒ No
☐ Yes

$9,622.00    Unknown

---

**2.46**

Priority creditor's name and mailing address
**Mississippi Dept of Revenue**
P.O. Box 1033
Jackson, MS 39215-1033

Date or dates debt was incurred
3/31/2025

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Sales Tax

Is the claim subject to offset?
☒ No
☐ Yes

$2,373.00    Unknown

---

**2.47**

Priority creditor's name and mailing address
**Missouri Dept of Revenue**
P.O. Box 840
Jefferson City, MO 65105-0840

Date or dates debt was incurred
4/15/2025

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Sales Tax

Is the claim subject to offset?
☒ No
☐ Yes

$6,450.00    Unknown

---

**2.48**

Priority creditor's name and mailing address
**Missouri Dept of Revenue**
P.O. Box 700
Jefferson City, MO 65105-0700

Date or dates debt was incurred
12/31/2024

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Income Taxes

Is the claim subject to offset?
☒ No
☐ Yes

$300.00    Unknown

---

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|
| | Name | | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158,058.00 | Unknown |
|---|---|---|---|---|

**2.49**
Priority creditor's name and mailing address
Nathan Frazier
104 Field Brrok Ln.
Gibsonia, PA 15044

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$158,058.00      Unknown

Date or dates debt was incurred
4/11/2025

Basis for the claim:
Unpaid Contract Severance

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.50**
Priority creditor's name and mailing address
Nebraska Dept of Revenue
P.O. Box 94818
Lincoln, NE 68509-4818

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$3,212.00      Unknown

Date or dates debt was incurred
3/31/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.51**
Priority creditor's name and mailing address
Nevada Dept of Taxation
4600 Kietzke Lane
Building L,
Suite 235
Reno, NV 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$5,080.00      Unknown

Date or dates debt was incurred
3/31/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.52**
Priority creditor's name and mailing address
New Jersey Division of Taxation
P.O. Box 999
Trenton, NJ 08646-0999

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$2,048.00      Unknown

Date or dates debt was incurred
3/31/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.53**
Priority creditor's name and mailing address
New Mexico Taxation and Revenue
Dept.
P.O. box 25122
Santa Fe, NM 87504-5122

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$2,525.00      Unknown

Date or dates debt was incurred
4/15/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   Maple Mountain Enterprises, Inc.                                    Case number (if known)   25-13199-MKN
              Name

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,827.00 | Unknown |
|---|---|---|---|---|

**2.54** Priority creditor's name and mailing address
North Carolina Dept of Revenue
Sales and Use Tax
P.O. Box 25000
Raleigh, NC 27640-0640

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$12,827.00    Unknown

Date or dates debt was incurred
3/31/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.55** Priority creditor's name and mailing address
North Carolina Dept of Revenue
P.O. Box 25000
Raleigh, NC 27640-0500

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$300.00    $0.00

Date or dates debt was incurred
12/31/2024

Basis for the claim:
Income Taxes

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.56** Priority creditor's name and mailing address
NYS Dept of Taxation and Finance
Sales Tax Processing
W A Harriman Campus

Albany, NY 12227

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$4,184.00    Unknown

Date or dates debt was incurred
4/15/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.57** Priority creditor's name and mailing address
Office of State Tax Commissioner
Sales and Use Tax
600 E. Boulevard Ave.
Dept 127
Bismarck, ND 58505-0599

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$2,612.00    Unknown

Date or dates debt was incurred
3/31/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.58** Priority creditor's name and mailing address
Ohio Dept of Taxation
Sales and Use Tax
P.O. Box 16560
Columbus, OH 43266-0065

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$16,446.00    Unknown

Date or dates debt was incurred
3/31/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   Maple Mountain Enterprises, Inc.                                           Case number (if known)   25-13199-MKN
         Name

---

| 2.59 | Priority creditor's name and mailing address<br>Oklahoma Tax Commission<br>Sales and Use Tax<br>P.O. Box 26850<br>Oklahoma City, OK 73126-0850 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $6,797.00 | Unknown |

| Date or dates debt was incurred<br>3/31/2025 | Basis for the claim:<br>Sales Tax |

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |

---

| 2.60 | Priority creditor's name and mailing address<br>PA Dept of Revenue<br>Sales and Use Tax<br>P.O. Box 280905<br>Harrisburg, PA 17128-0905 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $2,495.00 | Unknown |

| Date or dates debt was incurred<br>4/15/2025 | Basis for the claim:<br>Sales Tax |

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |

---

| 2.61 | Priority creditor's name and mailing address<br>PA Dept of Revenue<br>P.O. Box 280708<br>Harrisburg, PA 17128-0708 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1,100.00 | Unknown |

| Date or dates debt was incurred<br>12/31/2024 | Basis for the claim:<br>Income Taxes |

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |

---

| 2.62 | Priority creditor's name and mailing address<br>Rafael Uloa<br>411 East 750 South<br>Orem, UT 84097 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $3,942.00 | Unknown |

| Date or dates debt was incurred<br>4/11/2025 | Basis for the claim:<br>Unpaid Contract Severance |

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |

---

| 2.63 | Priority creditor's name and mailing address<br>RI Division of Taxation<br>Registration Section<br>One Capitol Hill<br>Providence, RI 02908-5800 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $2,254.00 | Unknown |

| Date or dates debt was incurred<br>3/31/2025 | Basis for the claim:<br>Sales Tax |

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |

---

Debtor    Maple Mountain Enterprises, Inc.           Case number (if known)    25-13199-MKN
       Name

| 2.64 | Priority creditor's name and mailing address<br>**South Carolina Dept of Revenue**<br>Sales and Use Tax<br>P.O. Box 125<br>Columbia, SC 29214-0101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $8,559.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>4/15/2025 | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address<br>**South Carolina Dept of Revenue**<br>Corporate Taxable<br>P.O. Box 100151<br>Columbia, SC 29202 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $300.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>12/31/2024 | Basis for the claim:<br>Income Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address<br>**State of Alaska**<br>P.O. 110809<br>Juneau, AK 99811-0809 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $400.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>4/15/2025 | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.67 | Priority creditor's name and mailing address<br>**Sue Dinatale**<br>2025 Creek Shore Lane<br>Pearland, TX 77581 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $3,208.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>4/11/2025 | Basis for the claim:<br>Unpaid Contract Severance | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address<br>**Tennessee Dept of Revenue**<br>Andrew Jackson Building<br>500 Deaderick Street<br>Nashville, TN 37242 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $16,119.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>3/31/2025 | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|
| | Name | | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,197.00 | Unknown |
|---|---|---|---|---|

| **2.69** | Priority creditor's name and mailing address<br>Texas Comptroller of Public Accounts<br>Capitol Station<br>P.O. Box 13528<br>Austin, TX 78711-3528 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $5,197.00 | Unknown |
| | Date or dates debt was incurred<br>3/31/2025 | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| **2.70** | Priority creditor's name and mailing address<br>Texas Comptroller of Public Accounts<br>P.O. Box 149348<br>Austin, TX 78714-9348 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $2,600.00 | Unknown |
| | Date or dates debt was incurred<br>12/31/2024 | Basis for the claim:<br>Income Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| **2.71** | Priority creditor's name and mailing address<br>Tina Lloyd<br>531 Firestone Drive<br>Santaquin, UT 84655 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $3,237.00 | Unknown |
| | Date or dates debt was incurred<br>4/11/2025 | Basis for the claim:<br>Unpaid Contract Severance | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| **2.72** | Priority creditor's name and mailing address<br>Utah County Assessor's Office<br>100 East Center Street<br>Suite 1100<br>Provo, UT 84606 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $80,000.00 | Unknown |
| | Date or dates debt was incurred<br>12/31/2024 | Basis for the claim:<br>Personal Property Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| **2.73** | Priority creditor's name and mailing address<br>Utah County Assessor's Office<br>100 East Center Street<br>Suite 1100<br>Provo, UT 84606 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $6,915.00 | Unknown |
| | Date or dates debt was incurred<br>12/31/2022 | Basis for the claim:<br>Personal Property Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor  Maple Mountain Enterprises, Inc.
       Name

Case number (if known)  25-13199-MKN

| 2.74 | Priority creditor's name and mailing address<br>Utah County Assessor's Office<br>100 East Center Street<br>Suite 1100<br>Provo, UT 84606 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $82,235.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>12/31/2021 | Basis for the claim:<br>Personal Property Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.75 | Priority creditor's name and mailing address<br>Utah County Assessor's Office<br>100 East Center Street, Suite 1100<br>Provo, UT 84606 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $83,350.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>12/31/2020 | Basis for the claim:<br>Personal Property Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address<br>Utah County Assessor's Office<br>100 East Center Street, Suite 1100<br>Provo, UT 84606 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $44,754.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>12/31/2019 | Basis for the claim:<br>Personal Property Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address<br>Utah County Assessor's Office<br>100 East Center Street, Suite 1100<br>Provo, UT 84606 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $43,202.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>12/31/2018 | Basis for the claim:<br>Personal Property Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address<br>Utah County Assessor's Office<br>100 East Center Street<br>Suite 1100<br>Provo, UT 84606 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $240,000.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>1/1/2025 | Basis for the claim:<br>Real Property Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|---|---|---|---|
| | Name | | |

---

**2.79** | Priority creditor's name and mailing address
Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-0260

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$4,042.00 | Unknown

Date or dates debt was incurred
4/15/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.80** | Priority creditor's name and mailing address
Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-0260

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$700.00 | Unknown

Date or dates debt was incurred
12/31/2024

Basis for the claim:
Income Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.81** | Priority creditor's name and mailing address
Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-0260

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.82** | Priority creditor's name and mailing address
Vermont Dept of Taxes
133 State Street, 1st Floor
Montpelier, VT 05633-1401

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$178.00 | Unknown

Date or dates debt was incurred
3/31/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.83** | Priority creditor's name and mailing address
Victoria Alonso
1206 West 1380 North
Orem, UT 84057

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$679.00 | Unknown

Date or dates debt was incurred
4/11/2025

Basis for the claim:
Unpaid Contract Severance

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|--------|-------------------|------|------|
| | Name | | |

---

**2.84** | Priority creditor's name and mailing address
Virginia Dept of Taxation
P.O. Box 760
Richmond, VA 23218-0760

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$9,067.00    Unknown

Date or dates debt was incurred
4/15/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.85** | Priority creditor's name and mailing address
Washington State Dept of Revenue
P.O. Box 47476
Olympia, WA 98504-7476

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$22,458.00    Unknown

Date or dates debt was incurred
3/31/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.86** | Priority creditor's name and mailing address
West Virginia State Tax Department
Tax Account Administration Division
PO Box 784
Charleston, WV 25323-0784

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$227.00    Unknown

Date or dates debt was incurred
3/31/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.87** | Priority creditor's name and mailing address
Wisconsin Dept of Revenue
P.O Box 8921
Madison, WI 53708-8921

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$11,021.00    Unknown

Date or dates debt was incurred
3/31/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.88** | Priority creditor's name and mailing address
Wyoming Dept of Revenue
Excise Tax Division
122 W. 25th Street
Cheyenne, WY 82002-0110

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$264.00    Unknown

Date or dates debt was incurred
3/31/2025

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
| --- | --- | --- | --- |
| | Name | | |

**Part 2:**    List All Creditors with **NONPRIORITY** Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
| --- | --- | --- |

**3.1**   **Nonpriority creditor's name and mailing address**
Adam Grant Hunter
1141 East 1320 South
Apt. 302
Provo, UT 84606

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Amount of claim: Unknown

---

**3.2**   **Nonpriority creditor's name and mailing address**
Addison Laurie Martinez
558 West 800 South
Springville, UT 84663

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Amount of claim: Unknown

---

**3.3**   **Nonpriority creditor's name and mailing address**
Ailsa Faust
927 East Maple Street
84664

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Amount of claim: Unknown

---

**3.4**   **Nonpriority creditor's name and mailing address**
Albina Michelle Truax
1212 West Summit Ridge Parkway
Santaquin, UT 84655

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Amount of claim: Unknown

---

**3.5**   **Nonpriority creditor's name and mailing address**
Alecia A. Wakefield
3956 West 1850 North
Lehi, UT 84043

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Amount of claim: Unknown

---

**3.6**   **Nonpriority creditor's name and mailing address**
Alex Jenkins
977 West 1000 South
Springville, UT 84663

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Amount of claim: Unknown

---

**3.7**   **Nonpriority creditor's name and mailing address**
Alexander Nilson
278 Orchard Avenue
American Fork, UT 84003

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Amount of claim: Unknown

---

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Ali Khan
1402 North 325 East
Nephi, UT 84648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** Current or former employee

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Allie J. Henderson
10763 South Pine Grove Way
South Jordan, UT 84009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** Current or former employee

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Alondra Pena
1573 East 400 South Street
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** Current or former employee

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Alvaro Lazareno
1206 West 1380 North
Orem, UT 84057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** Current or former employee

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Amanda Choate
859 North 420 West
Santaquin, UT 84655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** Current or former employee

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Amanda R. Cloward
189 East 400 North
Santaquin, UT 84655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** Current or former employee

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Amy Beth Apezteguia
533 South 1025 West
Farmington, UT 84025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** Current or former employee

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Ana S.  Garcia Castro
1245 West 600 South
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** Current or former employee

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    <u>Maple Mountain Enterprises, Inc.</u>       Case number *(if known)*   <u>25-13199-MKN</u>
      Name

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|-----|-----|-----|

**3.16**
Nonpriority creditor's name and mailing address
Angela Carter
7546 North Cottage Lane
Eagle Mountain, UT 84005

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Current or former employee</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17**
Nonpriority creditor's name and mailing address
Angela Howell
373 South 1850 East
Springville, UT 84663

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Current or former employee</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18**
Nonpriority creditor's name and mailing address
Anleen Cao
4306 Creston Drive
Champaign, IL 61822-9341

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Current or former employee</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19**
Nonpriority creditor's name and mailing address
Arlin Von Crump
1460 South 430 West
Orem, UT 84058

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Current or former employee</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20**
Nonpriority creditor's name and mailing address
Arminta Jonee Woodard
2515 Oakridge Drive
Spanish Fork, UT 84660

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Current or former employee</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21**
Nonpriority creditor's name and mailing address
Ash Walton
15026 Saint George Circle
Draper, UT 84020

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Current or former employee</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22**
Nonpriority creditor's name and mailing address
Ashdon Woffinden
7888 North 7800 West
Lehi, UT 84043

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Current or former employee</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23**
Nonpriority creditor's name and mailing address
Ashtyn Dickson
4692 West Cedar Run Circle
Cedar Hills, UT 84062

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** <u>Current or former employee</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|
| | Name | | | |

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Asma Ishaq
137 Via Havre
Newport Beach, CA 92663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Asuka Koide
83 Sky Exchange Drive
Apt. 317
Asheville, NC 28803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Bailey Ann Gowans
1425 South 3560 East
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00

BDO USA, LLP
8548 Rozita Lee Ave
Suite 300
Las Vegas, NV 89113

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Legal

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Benjamin Aaron Caballero
1544 West 4505 South
Salt Lake City, UT 84123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Benjamin Lyon
3544 West Cornfield Drive
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Blanca Reynaga
555 North 500 West
Trailer 18
Payson, UT 84651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Brad Clark
1526 South 2900 East
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Bradley Austin Bartell
61 Reese Creek
Ladera Ranch, CA 92694

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Bradley Hutchings
156 East 8800 South
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Brandon Christopher Lee
1045 South 1700 West
Apt. 1330
Payson, UT 84651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Brandon Richards
276 South 860 East
Salem, UT 84653

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Brea Millward
330 Honeycomb Trail
Saint Augustine, FL 32095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Brette Yvonne Noll
20220 73rd Avenue East
Spanaway, WA 98387

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Brian Robert Gardiner
13718 Werrington Drive
Winter Garden, FL 34787

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Briana Nicole Butcher
870 South 1000 East
Orem, UT 84097

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Maple Mountain Enterprises, Inc.**_____    Case number (if known)____**25-13199-MKN**_____
                  Name

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Briana Nita Hix
1674 West 1050 North Street
Provo, UT 84604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Bryan D Bean
1341 North 200 West
American Fork, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Bryan Guevara
761 West 600 South
Apt. 12
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Bryan Williams
855 West 3280 North
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Callie Brink-Lee
287 North 600 East
Mapleton, UT 84664

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Cammie Noel Taylor
656 East 350 North
Provo, UT 84606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Campbell Renee Hunter
1141 East 1320 South
Apt. 302
Provo, UT 84606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Carrie J. Morrison
7740 Island Creek Court
Alexandria, VA 22315

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|---|---|---|---|
| | Name | | |

---

**3.48**

**Nonpriority creditor's name and mailing address**
Catherine Scott
7124 Moresham Way
Wake Forest, NC 27587

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.49**

**Nonpriority creditor's name and mailing address**
Cesar Espita
1200 South Grevillea Avenue
Inglewood, CA 90301

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.50**

**Nonpriority creditor's name and mailing address**
Cesar Rene Plazola Martinez
1095 South 400 West
Trailer #41
Provo, UT 84601

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.51**

**Nonpriority creditor's name and mailing address**
Chad Lindholm
1154 East 1400 South
Spanish Fork, UT 84660

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.52**

**Nonpriority creditor's name and mailing address**
Chad Weights
402 East 620 South
Salem, UT 84653

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.53**

**Nonpriority creditor's name and mailing address**
Charity Young
267 East Sweetwater Drive
Springville, UT 84663

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.54**

**Nonpriority creditor's name and mailing address**
Charles Guy Thier
24541 Mando Drive
Laguna Niguel, CA 92677

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.55**

**Nonpriority creditor's name and mailing address**
Charlotte Woten
157 East 530 North
Springville, UT 84663

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|
| | Name | | | |

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Chelsea Ray Jenkens
254 North 700 West
Apt. 1
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Chelsey Cox
165 North 1650 West
D302
Pleasant Grove, UT 84062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Chevi Sutton
72 East 300 South
Ephraim, UT 84627

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Chris A Bryant
149 South 150 West
Clearfield, UT 84015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Chris Arnold
339 East 1150 South
Springville, UT 84663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Christian N. Arellano
577 South 470 East
Springville, UT 84663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Christine Lloyd
531 Firestone Dirve
Santaquin, UT 84655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Christopher James
3792 North 300 West
Provo, UT 84604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor __Maple Mountain Enterprises, Inc._____     Case number (if known) __25-13199-MKN_____
     Name

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Christopher L. Beck
8 Chapel Hill Road
Oakland, NJ 07436-3024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Christopher Ray Stoddard
1197 Divide Drive
Santaquin, UT 84655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Ciara Maria Velazco
630 East 1000 South
Springville, UT 84663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Claudia Alonso
1812 West 520 South
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Cole Brannon Archuleta
1924 North 600 West
Mapleton, UT 84664

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Conner Paull Ward
6537 Fiona Street

Eagle Mountain, UT 84005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Corbin Nay
3609 Cornfield Drive
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Courtney call Vavricka
603 North 100 West
Apt. #D
Orem, UT 84057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|
| | Name | | | |

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Crystal Jo-ann Betts
75 East 400 North
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Curtis James Wilson
11495 Riverside Drive
Apt. 208
North Hollywood, CA 91602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Curtis Jerry Diamond
256 South 1600 West
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Daniel Joseph Ainsworth
1181 N. Wagon Way
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Daniel M. Splattstoesser
302 North 950 West
Springville, UT 84663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Daniel Mercado
594 East 250 North
Building 24, Apt. 206
Vineyard, UT 84059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Daniel P. Muhlestein
2445 South 450 West
Unit 3
Springville, UT 84663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Daria N. Jolley
9852 South 6000 West Street
Payson, UT 84651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Maple Mountain Enterprises, Inc.**                      Case number (if known)  **25-13199-MKN**
_____Name_____

| | | |
|---|---|---|

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Darrell Juan Delacruz
11301 Southeast 10th Street
Apt. 267
Vancouver, WA 98664

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Daun E. Ward
5429 North St. Paul Court
Wichita, KS 67204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

David Alan Kester
412 Peden Street
Houston, TX 77006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

David Herman Foster
1190 West 1340 North
Orem, UT 84057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

DeAnne Madsen
150 S. Ridgecrest Drive
Orem, UT 84058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Douglas Michael Soule
5367 South Baldwin Park
Salt Lake City, UT 84123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Douglas Scott Voorhees
697 North 2040 East
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Dramane O. Toure
391 West 400 South
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   Maple Mountain Enterprises, Inc.                          Case number (if known)   25-13199-MKN
         Name

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.88**

Nonpriority creditor's name and mailing address
Dustin J Garrett
233 Brookside Drive
Springville, UT 84663

Unknown

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: Current or former employee
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.89**

Nonpriority creditor's name and mailing address
Dwight L. Robins
70 West 1560 South
Orem, UT 84058

Unknown

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: Current or former employee
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.90**

Nonpriority creditor's name and mailing address
Ebrima Dibba
269 South 950 West
Spanish Fork, UT 84660

Unknown

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: Current or former employee
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.91**

Nonpriority creditor's name and mailing address
Efrain Jose Prada Sulbaran
5377 North Blacksmith Road
Eagle Mountain, UT 84043

Unknown

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: Current or former employee
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.92**

Nonpriority creditor's name and mailing address
Eleana Monique Palacios
902 North 1120 East
Spanish Fork, UT 84660

Unknown

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: Current or former employee
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.93**

Nonpriority creditor's name and mailing address
Eliseo Fausto
435 North 300 East
Spanish Fork, UT 84660

Unknown

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: Current or former employee
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.94**

Nonpriority creditor's name and mailing address
Elizabeth Chapman
397 Travertine Way
Santaquin, UT 84655

Unknown

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: Current or former employee
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.95**

Nonpriority creditor's name and mailing address
Emily Zabriskie
426 West 1360 North
American Fork, UT 84003

Unknown

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: Current or former employee
Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    Maple Mountain Enterprises, Inc.                          Case number (if known)    25-13199-MKN
_____
Name

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.96**

Nonpriority creditor's name and mailing address
Emma Veron Enriquez Barahona
1839 South 410 West
Payson, UT 84651

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.97**

Nonpriority creditor's name and mailing address
Emmanuel K Ilunga
493 Buckley Avenue
Apt. 1
Springville, UT 84663

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.98**

Nonpriority creditor's name and mailing address
Eric Udy
2629 East 10 South
Spanish Fork, UT 84660

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.99**

Nonpriority creditor's name and mailing address
Erica Dini
1223 Eastwood Avenue
Highland Park, IL 60035

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.100**

Nonpriority creditor's name and mailing address
Ernest Bramwell Farr
745 East 400 North
Springville, UT 84663

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.101**

Nonpriority creditor's name and mailing address
Evan Christean
38 North Mahogany Way
Elk Ridge, UT 84651

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.102**

Nonpriority creditor's name and mailing address
Evaristo Zapata
P.O. Box 1325
Spanish Fork, UT 84660

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.103**

Nonpriority creditor's name and mailing address
Evens Fabien
4861 S. Olive Avenue
Mapleton, UT 84664

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

---

Debtor    Maple Mountain Enterprises, Inc.           Case number (if known)    25-13199-MKN
          Name

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Exancia Midy Sejour
1617 South 450 West
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Flor A Ortega
946 West 630 South
Unit 46
Pleasant Grove, UT 84062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Francesco Improta
439 North Hill View Drive
Saratoga Springs, UT 84045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Francisco Roberto Contreras
230 Daniel Drive
Orem, UT 84057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Gaston E. Salomone
38 West 470 North
Vineyard, UT 84059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Gentrie Kendra Christensen
626 North 220 East
Salem, UT 84653

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Gentry May Scott
1900 West South Jordan Parkway
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Georgette Marie Traore
4883 West Aerie Hill Drive
West Jordan, UT 84081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | | | Case number (if known) | 25-13199-MKN |
| | Name | | | | |

| | | | |
|---|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
| | Gina Barrios Franceschi | | |
| | 355 North Mill Road | ☐ Contingent | |
| | H304 | ☐ Unliquidated | |
| | Orem, UT 84058 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Current or former employee_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
| | Giselle Ninn Aguayo-Meza | | |
| | 151 S. 1050 W. #52 | ☐ Contingent | |
| | Provo, UT 84601 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Current or former employee_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
| | Glen Lewis Tuttle | | |
| | 1040 North Grove Drive | ☐ Contingent | |
| | Alpine, UT 84004 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Current or former employee_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
| | Gordon J. Montroy | | |
| | 55 West 1450 North | ☐ Contingent | |
| | Apt. 142 | ☐ Unliquidated | |
| | Provo, UT 84604 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Current or former employee_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
| | Grace Ashton | | |
| | 1528 Sunview Court | ☐ Contingent | |
| | Santa Rosa, CA 95401 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Current or former employee_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
| | Gregory Anthony Gittens | | |
| | 783 East 17th Street | ☐ Contingent | |
| | Brooklyn, NY 11230 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Current or former employee_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
| | Gregory Vincent Snelson | | |
| | 111 North 1230 East Street | ☐ Contingent | |
| | Springville, UT 84663 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Current or former employee_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
| | Heath Tilley | | |
| | 7203 Driftwood Drive Southeast | ☐ Contingent | |
| | Ada, MI 49301 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Current or former employee_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|---|---|---|---|
| | Name | | |

---

**3.120**

**Nonpriority creditor's name and mailing address**
Heather Erin Willden
265 East 200 North
Centerfield, UT 84622

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.121**

**Nonpriority creditor's name and mailing address**
Hirami Paola Chichia
928 East 1040 South
Springville, UT 84663

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.122**

**Nonpriority creditor's name and mailing address**
Hon Ming Wong
732 South 450 West
American Fork, UT 84003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.123**

**Nonpriority creditor's name and mailing address**
Hugo A. Montero Mattos
3372 S. Pinyon Park Lane
Mapleton, UT 84664

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.124**

**Nonpriority creditor's name and mailing address**
Isaac Richard Watts
786 South 590 East
Orem, UT 84097

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.125**

**Nonpriority creditor's name and mailing address**
Ivana Aleksov
408 Moat Court
Murrells Inlet, SC 29576

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.126**

**Nonpriority creditor's name and mailing address**
Jacqueline M Oriolt
1474 South Red Maple Court
Payson, UT 84651

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.127**

**Nonpriority creditor's name and mailing address**
James Alexander Neeley
910 West 2350 North
Lehi, UT 84043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

Debtor    <u>Maple Mountain Enterprises, Inc.</u>    Case number (if known)    <u>25-13199-MKN</u>
       Name

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

James Allen Reed
612 East 600 North
Springville, UT 84663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Current or former employee</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

James Kretchmer
2771 E. Canyon Crest Drive
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Current or former employee</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jasmine JL Saint Louis
977 West 1455 North
Orem, UT 84057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Current or former employee</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jason C Argyle
142 West 400 North
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Current or former employee</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jason Daniel Wight
5318 West Topaz Court
Highland, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Current or former employee</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jason Pickering
377 Stone Hollow Drive
Santaquin, UT 84655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Current or former employee</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jaycee Owen Wilson
11192 Sandy Dunes Drive
Sandy, UT 84094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Current or former employee</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jed Thomas
839 East 100 North
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** <u>Current or former employee</u>

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    __Maple Mountain Enterprises, Inc._____    Case number *(if known)*    __25-13199-MKN_____
      Name

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**3.136**   **Nonpriority creditor's name and mailing address**
Jeffrey D. Ranson
869 East 350 North
Pleasant Grove, UT 84062

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Current or former employee__
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.137**   **Nonpriority creditor's name and mailing address**
Jeffrey Johnson
1948 West 550 North
Lehi, UT 84043

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Current or former employee__
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.138**   **Nonpriority creditor's name and mailing address**
Jeffrey Lars Hildebrandt
1367 West Fort Rock Drive
Saratoga Springs, UT 84045

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Current or former employee__
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.139**   **Nonpriority creditor's name and mailing address**
Jennifer Anderson
1671 North 100 East
Ogden, UT 84414

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Current or former employee__
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.140**   **Nonpriority creditor's name and mailing address**
Jennifer Broadbent
1134 S 1850 East
Spanish Fork, UT 84660

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Current or former employee__
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.141**   **Nonpriority creditor's name and mailing address**
Jennifer Lawson
344 South 700 East
Orem, UT 84097

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Current or former employee__
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.142**   **Nonpriority creditor's name and mailing address**
Jenya J. Garfield
HC 60 Box 71
Mona, UT 84645

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Current or former employee__
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.143**   **Nonpriority creditor's name and mailing address**
Jerem D. Thacker
174 Est Willet Drive
Salem, UT 84653

**As of the petition filing date, the claim is:** *Check all that apply.*      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Current or former employee__
Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|
| | Name | | | |

---

**3.144**

**Nonpriority creditor's name and mailing address**
Jeremy Allen Norie
3881 West 4990 South
Salt Lake City, UT 84129

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

**3.145**

**Nonpriority creditor's name and mailing address**
Jeremy G. Hungerford
2631 S Sandbar Street
Apt. 203
West Valley City, UT 84128

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

**3.146**

**Nonpriority creditor's name and mailing address**
Jessica A. Rose
1018 South 225 East
Salem, UT 84653

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

**3.147**

**Nonpriority creditor's name and mailing address**
Jessica Cerrato
1288 N. 2470 West
Provo, UT 84601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

**3.148**

**Nonpriority creditor's name and mailing address**
Jessica Collins
3421 Falling Acorn Circle
Lake Mary, FL 32746

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

**3.149**

**Nonpriority creditor's name and mailing address**
Jesus Omar Sepulveda
1117 South Slate Canyon Drive
Provo, UT 84606

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

**3.150**

**Nonpriority creditor's name and mailing address**
Joana Rose Dubon
630 East 1000 South
Springville, UT 84663

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

**3.151**

**Nonpriority creditor's name and mailing address**
Joel Escorpiso
8833 Celebration Street
Chino, CA 91708

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

Debtor    __Maple Mountain Enterprises, Inc._____    Case number (if known) __25-13199-MKN__
　　　　　Name

| | | |
|---|---|---|
| **3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* __Unknown__ |

Joel Garcia
3184 South Mapleton Heights Drive
Mapleton, UT 84664

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* __Unknown__ |

John Robinson
1872 East 1200 South
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* __Unknown__ |

Johnson Mak
2222 West 150 North
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* __Unknown__ |

Jonathan Gabriel Christensen
77 North 2860 East
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* __Unknown__ |

Jonathan Rad Clark
4101 Timpview Drive
Provo, UT 84604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* __Unknown__ |

Jordan Smith
358 South 460 West
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* __Unknown__ |

Jordyn Rowland
Bluffdale, UT 84065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* __Unknown__ |

Jose Antonio Fuenmayor
1333 North 3500 West
Provo, UT 84601-6204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|---|---|---|---|
| | Name | | |

**3.160** Nonpriority creditor's name and mailing address

Jose Carlos Martinez Reynaga
555 North 500 West TRLR 18
Payson, UT 84651

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.161** Nonpriority creditor's name and mailing address

Jose Moyano
822 West Brookside Court
Payson, UT 84651

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.162** Nonpriority creditor's name and mailing address

Jose Ramirez
383 North 400 West
Provo, UT 84601

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.163** Nonpriority creditor's name and mailing address

Joseph Lee Rhodes
301 North 100 East
Salem, UT 84653

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.164** Nonpriority creditor's name and mailing address

Joshua David Tripp
639 West 1800 North
Provo, UT 84604

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.165** Nonpriority creditor's name and mailing address

Joshua Dee Jones
1649 North 110 West
Orem, UT 84057

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.166** Nonpriority creditor's name and mailing address

Joshua Jewett
120 North 400 East Street
Salem, UT 84653

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.167** Nonpriority creditor's name and mailing address

Juan Carlos Monroy
1016 West 200 South
Springville, UT 84663

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

Debtor    Maple Mountain Enterprises, Inc.                                Case number (if known)    25-13199-MKN
_____
            Name

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.168**
Nonpriority creditor's name and mailing address
Juan J. Guardado Posada
966 West 230 North
Orem, UT 84057

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.169**
Nonpriority creditor's name and mailing address
Juana Marina Palma
233 Suth 800 West
Provo, UT 84601

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.170**
Nonpriority creditor's name and mailing address
Julie Anderson
3002 E. Lookout Drive
Eagle Mountain, UT 84005

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.171**
Nonpriority creditor's name and mailing address
June Carol Dhillon
10 Santa Cecilia
Rancho Santa Margarita, CA 92688

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.172**
Nonpriority creditor's name and mailing address
Justin M Serra
2469 Fairway Drive
Spanish Fork, UT 84660

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.173**
Nonpriority creditor's name and mailing address
Justin Quinn
2414 E. Gregson Avenue
Salt Lake City, UT 84109

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.174**
Nonpriority creditor's name and mailing address
Justin Scott Chabries
79 North 1020 West
Apt. J201
American Fork, UT 84003

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.175**
Nonpriority creditor's name and mailing address
Kaden Lawrence Robinson
65 North 450 West
Springville, UT 84663

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

Debtor    Maple Mountain Enterprises, Inc.                               Case number (if known)    25-13199-MKN
       Name

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**3.176**

Nonpriority creditor's name and mailing address
Kara Cody
1092 S. Covered Bridge Cyn.
Spanish Fork, UT 84660

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.177**

Nonpriority creditor's name and mailing address
Karen Newton
Box 145
Mona, UT 84645

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.178**

Nonpriority creditor's name and mailing address
Karen P McCandless
198 South 300 East
American Fork, UT 84003

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.179**

Nonpriority creditor's name and mailing address
Karina Gabrielle Allred
433 West 1570 South Street
Provo, UT 84601

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.180**

Nonpriority creditor's name and mailing address
Karla Cristina Lopez
1091 South 2400 East
Spanish Fork, UT 84660

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.181**

Nonpriority creditor's name and mailing address
Kassadi George
203 East 630 North
Vineyard, UT 84059

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.182**

Nonpriority creditor's name and mailing address
Katelyn Hunsaker
1227 South 210 East
Payson, UT 84651

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.183**

Nonpriority creditor's name and mailing address
Keith Barker Rimington
2439 East 1035 South
Spanish Fork, UT 84660

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

Debtor    __Maple Mountain Enterprises, Inc._____    Case number (if known) __25-13199-MKN_____
     Name

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**3.184**
Nonpriority creditor's name and mailing address
Keith Selden
982 South Sunflower Lane
Mapleton, UT 84664

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.185**
Nonpriority creditor's name and mailing address
Kellie McCloud
3229 Manor View Drive
Lehi, UT 84043

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.186**
Nonpriority creditor's name and mailing address
Kelly Williams
790 North 100 West
Spanish Fork, UT 84660

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.187**
Nonpriority creditor's name and mailing address
Kelsey R. Keller
606 Armitage Drive
Columbia, MO 65202

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.188**
Nonpriority creditor's name and mailing address
Kenneth Clyde Johnson
1325 South 880 West
Payson, UT 84651

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.189**
Nonpriority creditor's name and mailing address
Kerry Rosquist
P.O. Box 370
Levan, UT 84639

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.190**
Nonpriority creditor's name and mailing address
Kevin Villalpando
630 East 1000 South
Springville, UT 84663

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.191**
Nonpriority creditor's name and mailing address
Kieara Danyel Heiselt
3044 West Willow Drive
Lehi, UT 84043

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|---|---|---|---|
| | Name | | |

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Kirstin P Gardiner
16801 Southeast First Street
Apt. 85
Vancouver, WA 98684

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Current or former employee_
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Kobie Taiana Canto
2425 West 8400 South
Benjamin, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Current or former employee_
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00
KPMG
15 West South Temple
Suite 1500
Las Vegas, NV 84101

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Consulting_
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Krishna Kochendorfer
1850 West 13550 South
Riverton, UT 84065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Current or former employee_
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Kristal K. Taylor
298 East 610 South
Santaquin, UT 84655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Current or former employee_
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Kurtis Wyane Bost
311 South 500 East
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Current or former employee_
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Kyler D. Houston
804 East 340 South
American Fork, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Current or former employee_
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Lance Chapman
698 West 750 South
Springville, UT 84663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Current or former employee_
Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|---|---|---|---|
| | Name | | |

---

**3.200** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Lane Garret Russell
1685 West 800 South
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Latha Palani Ravikumar
3116 North Sage Loop
Apt. D1
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Laura Idaly Uribe
554 West 100 North
Payson, UT 84651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Lauri Brou
8283 S. Main Street
Midvale, UT 84047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Lawrence Clark Haynes
2030 South 2000 West
Mapleton, UT 84664

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

LC Kirkpatrick
2647 West Titans Court
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

LeGrand Adams
524 North 900 East
American Fork, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Libardo Enrique Pico Ibanez
390 West 500 South
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  Maple Mountain Enterprises, Inc.
                    Name                                                    Case number (if known)  25-13199-MKN

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.208**

**Nonpriority creditor's name and mailing address**
Libby Lassen
972 West 800 South
Springville, UT 84663

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*        Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.209**

**Nonpriority creditor's name and mailing address**
Lilian Genevieve Paskett
8096 North Ridge Loop E
Apt. D7
Eagle Mountain, UT 84005-4613

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*        Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.210**

**Nonpriority creditor's name and mailing address**
Lindsay Holman
7086 North Watermill Drive
Eagle Mountain, UT 84005

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*        Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.211**

**Nonpriority creditor's name and mailing address**
Luis Fernando Morillo
1160 South Graff Circle
Orem, UT 84058

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*        Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.212**

**Nonpriority creditor's name and mailing address**
Luiz Fernando Vasquez
426 West 200 North
Apt. 203
Springville, UT 84663

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*        Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.213**

**Nonpriority creditor's name and mailing address**
Luna Lombardo
1614 Bayou Bend Lane
Katy, TX 77493

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*        Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.214**

**Nonpriority creditor's name and mailing address**
Luz Hernandez
104 West 500 North
Springville, UT 84663

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*        Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.215**

**Nonpriority creditor's name and mailing address**
Maginele Larins
215 East 550 North
Orem, UT 84057

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*        Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|
| | Name | | | |

---

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Manuel Castrellon
615 North 280 West
Santaquin, UT 84655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Marcus Ostergaard
167 South 300 West
Lindon, UT 84042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Margaret Susanne Vokerding
890 East 20 North
Smithfield, UT 84335

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Maria Erica Ann Medina Pascual
1030 Fullerton Avenue
Corona, CA 92879

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Maria Eugenia Garcia
340 West 920 South
Apt. 19
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Maria Monserrat Lopez
134 East 1460 South
Orem, UT 84058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Mariah Sperry
304 West 100 North
Nephi, UT 84648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Maristela A. Da Silva Hixson
1342 South 950 West
Payson, UT 84651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|
| | Name | | | |

---

**3.224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Marlen Margarita Lopez Rincon
2662 West 700 South
Apt. C308
Springville, UT 84663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Matthew Jess Lowe
1646 South 2960 East
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Matthew Lunceford
224 South 400 West
Lindon, UT 84042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Mayumi Gallentine
146 East 500 North
Vineyard, UT 84059-6069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Mdeline Jeanne Winterton
788 East 200 South
Payson, UT 84651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Megan A. Lowe
2425 West 8400 South
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Megan Grover
357 East 1060 South
Salem, UT 84653

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Megan Wagstaff Carlisle
301 South 1000 East
Salt Lake City, UT 84102-2410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|
| | Name | | | |

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Melanie Burningham<br>572 South 600 East<br>Apt. E207<br>American Fork, UT 84003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Current or former employee | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Melissa Anne Jacklin<br>50 South Main Street<br>Centerfield, UT 84622 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Current or former employee | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Melissa Dawn Getz<br>141 North 100 West Street<br>Spanish Fork, UT 84660 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Current or former employee | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Michael Gulbrandsen<br>14282 S. Copper Oaks Drive<br>Herriman, UT 84096 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Current or former employee | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Michael Scott Peterson<br>3096 East 4800 North<br>Eden, UT 84310 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Current or former employee | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Michelle Collier<br>1527 North 1180 West<br>Orem, UT 84057 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Current or former employee | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Michelle Morgan<br>841 East 220 North<br>Salem, UT 84653 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Current or former employee | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Michelle N. Wilson<br>488 East 12100 South<br>Draper, UT 84020 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Current or former employee | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor   Maple Mountain Enterprises, Inc.                    Case number (if known)   25-13199-MKN
         Name

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.240**  Nonpriority creditor's name and mailing address
Michelle Smith
2342 East 1330 South
Spanish Fork, UT 84660

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: _Current or former employee_

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.241**  Nonpriority creditor's name and mailing address
Mikayla Stevens
606 West 1720 North
Apt. 205
Provo, UT 84604

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: _Current or former employee_

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.242**  Nonpriority creditor's name and mailing address
Moontina Petion
1510 Marden Ridge Loop
Apt. 105
Apopka, FL 32703

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: _Current or former employee_

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.243**  Nonpriority creditor's name and mailing address
Nancy Sue Reed
612 East 600 North
Springville, UT 84663

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: _Current or former employee_

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.244**  Nonpriority creditor's name and mailing address
Nathan Frazier
104 Field Brook Lane
Gibsonia, PA 15044

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: _Current or former employee_

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.245**  Nonpriority creditor's name and mailing address
Nelson Morales
1684 Hickory Lane
Apt. 1684
Provo, UT 84604

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: _Current or former employee_

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.246**  Nonpriority creditor's name and mailing address
Nelson Ray Muhlestein
1323 West 1045 South
Clearfield, UT 84015

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: _Current or former employee_

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.247**  Nonpriority creditor's name and mailing address
Nesasha Lacefield
1156 South 1920 East
Spanish Fork, UT 84660

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: _Current or former employee_

**Last 4 digits of account number __**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

Debtor  __Maple Mountain Enterprises, Inc._____  Case number (if known) __25-13199-MKN_____
      Name

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.248**
Nonpriority creditor's name and mailing address
Nicole B Navarro
812 West 700 South
American Fork, UT 84003

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_
Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.249**
Nonpriority creditor's name and mailing address
Olga Ortega
1375 West 500 North
Apt. 77
Provo, UT 84601

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_
Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.250**
Nonpriority creditor's name and mailing address
Patrick Marx
62 Sage Drive
Orem, UT 84097

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_
Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.251**
Nonpriority creditor's name and mailing address
Penny Wakefield
294 North 1140 East
Payson, UT 84651

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_
Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.252**
Nonpriority creditor's name and mailing address
Perry Brady
871 Black Hawk
Payson, UT 84651

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_
Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.253**
Nonpriority creditor's name and mailing address
Peter Knowles
743 North 200 East
Springville, UT 84663

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_
Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.254**
Nonpriority creditor's name and mailing address
Peter Van Wagoner
644 East 60 South
American Fork, UT 84003

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_
Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.255**
Nonpriority creditor's name and mailing address
Phillip Karren
1938 East 500 South
Springville, UT 84663

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Current or former employee_
Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|---|---|---|---|
| | Name | | |

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**3.256**
Nonpriority creditor's name and mailing address
Quinten Scott Brady
120 North 400 West
Springville, UT 84663

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.257**
Nonpriority creditor's name and mailing address
Rachael Kappas
1144 South Main Street
Springville, UT 84663

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.258**
Nonpriority creditor's name and mailing address
Rachel McGinnis
647 South 100 East
Payson, UT 84651

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.259**
Nonpriority creditor's name and mailing address
Ranae Ashby
2395 South State Street
Springville, UT 84663

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.260**
Nonpriority creditor's name and mailing address
Reagen Cox
40 South 300 East
Spanish Fork, UT 84660

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.261**
Nonpriority creditor's name and mailing address
Rebecca Brock
11930 Northwest 71st Terrace
Alachua, FL 32615

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.262**
Nonpriority creditor's name and mailing address
Rebecca Brock
#632 Turkey Creek
Alachua, FL 32615

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.263**
Nonpriority creditor's name and mailing address
Rebecca Ortiz Gonzalez
262 North 2700 East
Spanish Fork, UT 84660

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|---|---|---|---|
| | Name | | |

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Rhiannon K. Lacefield
974 Kramer Street
San Leandro, CA 94579

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Ricardo Rubio
1253 Baycrest Drive
Saratoga Springs, UT 84045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Richard Simpson
1913 East 1130 South
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Richard Zac Terry
236 South 600 East
Payson, UT 84651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Robert D. Rex
2493 East 1580 South
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Robert Kirkman
13486 Fireback Drive
Riverton, UT 84065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Robert Rawle
2495 Fairway Drive
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Ronnie Kay Stamm
812 South 690 East Street
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  __Maple Mountain Enterprises, Inc._____    Case number (if known) __25-13199-MKN_____
      Name

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**3.272** | Nonpriority creditor's name and mailing address
Rosario Jimenez
875 East 200 South
Spanish Fork, UT 84660

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Current or former employee__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.273** | Nonpriority creditor's name and mailing address
Ruth Gabriela Gonzalez Ruvalcaba
169 East 1200 South
Orem, UT 84058

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Current or former employee__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.274** | Nonpriority creditor's name and mailing address
Sabrina Knight
205 South Maya Jane Lane
Grantsville, UT 84029

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Current or former employee__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.275** | Nonpriority creditor's name and mailing address
Sachi Panting
840 West Daylight Drive
Riverton, UT 84065

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Current or former employee__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.276** | Nonpriority creditor's name and mailing address
Sam Kuchar
2651 East 600 North
Spanish Fork, UT 84660

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Current or former employee__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.277** | Nonpriority creditor's name and mailing address
Samantha Marie Diamond
925 West 1600 North
Mapleton, UT 84664

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Current or former employee__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.278** | Nonpriority creditor's name and mailing address
Sandra Arzate
5609 Montair Avenue
Lakewood, CA 90712

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Current or former employee__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.279** | Nonpriority creditor's name and mailing address
Sandy Margaret Gonzalez
556 East Hearth Lane
Eagle Mountain, UT 84005-5834

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Current or former employee__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

Debtor    Maple Mountain Enterprises, Inc.                                    Case number (if known)    25-13199-MKN
_____
Name

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.280**
Nonpriority creditor's name and mailing address
Sang Thi Ho
2946 South Lake Meadow Drive
West Valley City, UT 84120

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.281**
Nonpriority creditor's name and mailing address
Saoudata Amadou Maiga
1059 South 200 East
Salt Lake City, UT 84111

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.282**
Nonpriority creditor's name and mailing address
Saoudata Hamada Hila Dinatale
2025 Creek Shore Lane
Pearland, TX 77581

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.283**
Nonpriority creditor's name and mailing address
Sarah Eliason
918 S. River Ridge Lane
Spanish Fork, UT 84660

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.284**
Nonpriority creditor's name and mailing address
Sarah Irene Reed
612 East 600 North
Springville, UT 84663

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.285**
Nonpriority creditor's name and mailing address
Satoko Iwasaki
215 South 650 West
#A-9
Springville, UT 84663

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.286**
Nonpriority creditor's name and mailing address
Schyanna Gayelean Schade
702 North Highway 256
Redmond, UT 84652

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.287**
Nonpriority creditor's name and mailing address
Scott Morris
11313 South Bell Ridge Drive
Sandy, UT 84094

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|---|---|---|---|
| | Name | | |

---

**3.288**

**Nonpriority creditor's name and mailing address**
Scott Smith
2035 Fall Street
Eagle Mountain, UT 84005

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.289**

**Nonpriority creditor's name and mailing address**
Sean LA. Whitnah
1255 W. Archmore Drive
Springville, UT 84663

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.290**

**Nonpriority creditor's name and mailing address**
Shamaine Shianne Shotgunn
768 South 1100 East
Spanish Fork, UT 84660

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.291**

**Nonpriority creditor's name and mailing address**
Shane L. Greer
1537 East 350 South
Pleasant Grove, UT 84062

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.292**

**Nonpriority creditor's name and mailing address**
Shane L. Ware
18126 E. Allen Shore Drive
Cypress, TX 77433

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.293**

**Nonpriority creditor's name and mailing address**
Shanna Whiting
1564 South 740 West
Payson, UT 84651

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.294**

**Nonpriority creditor's name and mailing address**
Shannon Elizabeth Mellin
9899 South Wimbleton Drive
Sandy, UT 84092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.295**

**Nonpriority creditor's name and mailing address**
Shantel Annette Carlson
685 W. Broad Stripes Drive
Riverton, UT 84065

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

Debtor  Maple Mountain Enterprises, Inc.                           Case number (if known)  25-13199-MKN
                    Name

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**3.296**

**Nonpriority creditor's name and mailing address**
Sharon Alvarado
448 West 1570 South
Provo, UT 84601

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.297**

**Nonpriority creditor's name and mailing address**
Sharon Alvarado
4587 Edgeware Lane
Provo, UT 84601

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.298**

**Nonpriority creditor's name and mailing address**
Shawn Baxter
8761 Durham Court
Eagle Mountain, UT 84005

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.299**

**Nonpriority creditor's name and mailing address**
Shawn Crystalynn Meyer
1771 West 910 South
Springville, UT 84663

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.300**

**Nonpriority creditor's name and mailing address**
Sheena Tidwell
302 South 500 West
Mount Pleasant, UT 84647

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.301**

**Nonpriority creditor's name and mailing address**
Sierra Carly Jensen
1716 East Ridgefield Road
Spanish Fork, UT 84660

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.302**

**Nonpriority creditor's name and mailing address**
Stephanie George Rodriguez
3022 South 500 West
Bountiful, UT 84010

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.303**

**Nonpriority creditor's name and mailing address**
Stephanie Penrod
1123 North Ridge Court
Spanish Fork, UT 84660

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

Debtor  __Maple Mountain Enterprises, Inc._____     Case number (if known) __25-13199-MKN_____
                     Name

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.304**

**Nonpriority creditor's name and mailing address**
Stephen Bons
3081 North 175 East
Provo, UT 84604

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.305**

**Nonpriority creditor's name and mailing address**
Steven Jared Boshard
1241 East 1750 North
Payson, UT 84651

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.306**

**Nonpriority creditor's name and mailing address**
Stewart Donovan Reilly
2541 Indian Hills Drive
Little Elm, TX 75068

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.307**

**Nonpriority creditor's name and mailing address**
Summer Aurora Estes
81 E. Brushy Canyon Street
Saratoga Springs, UT 84045

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.308**

**Nonpriority creditor's name and mailing address**
Tamara Hiskey
1825 North Main Street
Unit 2
Spanish Fork, UT 84660

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.309**

**Nonpriority creditor's name and mailing address**
Tanner C Dimick
111 A Street
Springville, UT 84663

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.310**

**Nonpriority creditor's name and mailing address**
Tanner Martin
1359 South 1400 East
Provo, UT 84606

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.311**

**Nonpriority creditor's name and mailing address**
Tassie Christine Bettis
412 East 450 North
Santaquin, UT 84655

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|---|---|---|---|
| | Name | | |

---

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Taylor James Marrott
621 North 100 West
Apt. D
Orem, UT 84057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Taylor Rae Coltellaro
8916 Trolley Trail
McKinney, TX 75070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Teig Kelvin Valentine
13932 North 6250 East
Spring City, UT 84662

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Teresa Herrera
571 West 500 North
American Fork, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Terie N. Jones
13739 S. Belmont Park Avenue
Herriman, UT 84096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Thomas M. Liljenquist
1635 South 1740 West
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Tiffany Lynn Acrie
340 East 800 North
Richfield, UT 84701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Toby Schiess
301 East 1730 South
Orem, UT 84058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Current or former employee_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|
| | Name | | | |

---

**3.320** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Todd J Bagley
4963 N. Shady Bend Lane
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Travis Nielsen
313 Spanish Fields Drive
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Tyler Gregory Jones
2314 East 1170 South
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Tyson Draper
531 South 2370 East
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Vanessa Carolayn Castro
882 South 2560 East
Spanish Fork, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Vaughan M. Austin
278 Orchard Avenue
American Fork, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.326** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Veronica Anahi Cortez
406 South 2430 West
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.327** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Veronica Uribe
741 South Stubbs Avenue
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Current or former employee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    Maple Mountain Enterprises, Inc.                                    Case number (if known)    25-13199-MKN
                    Name

| | | |
|---|---|---|
| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

3.328    **Nonpriority creditor's name and mailing address**
Victoria Alonso
1206 West 1380 North
Orem, UT 84057

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

3.329    **Nonpriority creditor's name and mailing address**
Victoria Hope Oliver
257 East 760 North
Orem, UT 84057

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

3.330    **Nonpriority creditor's name and mailing address**
Vladyslav Vasylchenko
489 South 200 East
Provo, UT 84606

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

3.331    **Nonpriority creditor's name and mailing address**
Walter Victor Arias
3013 East 80 South
Spanish Fork, UT 84660

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

3.332    **Nonpriority creditor's name and mailing address**
Wendy Freedman
2100 Park Avenue
#680915
Park City, UT 84068

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

3.333    **Nonpriority creditor's name and mailing address**
Wiliam R. Uloa
411 East 750 South
Orem, UT 84097

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

3.334    **Nonpriority creditor's name and mailing address**
William Reif
3630 South Hillside Lane
841089

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

3.335    **Nonpriority creditor's name and mailing address**
William Roth
823 North 420 West
Santaquin, UT 84655

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Current or former employee
Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | 25-13199-MKN |
|---|---|---|---|
| | Name | | |

---

**3.336**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Xinnia Maricel Alvarez | ☐ Contingent |
| 450 EAst 850 South | ☐ Unliquidated |
| Orem, UT 84097 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Current or former employee |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.337**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Yenny Ruth Sarmiento | ☐ Contingent |
| 9251 North Canyon Heiths Drive | ☐ Unliquidated |
| Cedar Hills, UT 84062 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Current or former employee |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.338**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Yesenia Pulido-Gonzalez | ☐ Contingent |
| 334 North 400 East Street | ☐ Unliquidated |
| Santaquin, UT 84655 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Current or former employee |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.339**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Yesica Maciel Dixon | |
| 495 South 900 West | ☐ Contingent |
| Apt. 203 | ☐ Unliquidated |
| Pleasant Grove, UT 84062 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Current or former employee |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.340**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Yvonne Jacobson | |
| 157 South 400 West | ☐ Contingent |
| Apt. 1 | ☐ Unliquidated |
| Springville, UT 84663 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Current or former employee |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.341**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,243,276.37** |
| Z Capital Group, LLC | |
| Two Conway Park | |
| 150 North Field Drive | ☒ Contingent |
| Suite 300 | ☒ Unliquidated |
| Lake Forest, IL 60045 | ☒ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Goods & Services |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.342**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44,729.91** |
| Z Capital Management, LLC | |
| Two Conway Park | |
| 150 North Field Drive | ☒ Contingent |
| Suite 300 | ☒ Unliquidated |
| Lake Forest, IL 60045 | ☒ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Goods & Services |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

Debtor  Maple Mountain Enterprises, Inc.                    Case number (if known)   25-13199-MKN
        Name

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Zachary Paul Olsen
208 N. Pier Court
Saratoga Springs, UT 84045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Zahina Molina Sanchez
1078 West 90 South
Pleasant Grove, UT 84062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Zara A. Johnson
725 West 4250
Ogden, UT 84405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Current or former employee

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  1,763,900.00 |
| **5b. Total claims from Part 2** | 5b. + | $  1,314,506.28 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  3,078,406.28 |

**Fill in this information to identify the case:**

Debtor name  Maple Mountain Enterprises, Inc.

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  25-13199-MKN

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Infrastructure Support Services | |
| State the term remaining — Unknown | |
| List the contract number of any government contract | Information Builders, Inc.<br>11 Penn Plaza<br>New York, NY 10001 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Tax Consulting Services | |
| State the term remaining | |
| List the contract number of any government contract | KPMG LLP<br>15 West South Temple<br>Suite 1500<br>Salt Lake City, UT 84101 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Cost Sharing & Indemnification Agreement | |
| State the term remaining | |
| List the contract number of any government contract | Z Capital Management, LLC<br>Two Conway Park<br>150 N. Field Drive<br>Suite 300<br>Lake Forest, IL 60045 |

**Fill in this information to identify the case:**

Debtor name    Maple Mountain Enterprises, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    25-13199-MKN

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 Maple Mountain Group, Inc. | 530 South 2000 West Sringville, UT Springville, UT 84663 | | Cerberus Business Finance Agency LLC | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Maple Mountain Enterprises, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    25-13199-MKN

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $26,521,015.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | $215,364,534.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $309,726,934.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   Maple Mountain Enterprises, Inc.                      Case number (if known)   25-13199-MKN

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Cerberus Business Finance Agency LLC<br>875 Third Avenue, 12th Floor<br>New York, NY 10022 | 3/3/2025 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Management Fees |
| 3.2. | KPMG LLP<br>15 West South Temple<br>Salt Lake City, UT 84101 | 3/10/2025 | $75,057.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Trade |
| 3.3. | Cerberus Business Finance Agency LLC<br>875 Third Avenue, 12th Floor<br>New York, NY 10022 | 4/1/2025 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Management Fees |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Please see the Attached as Exhibit A | | $5,992,416.60 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | Maple Mountain Enterprises, Inc. | | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Maple Mountain Enterprises, Inc. et al. v. Justin Prince, et al<br>230403057 | Contract | Fourth Judicial District Court, Utah County, State of Utah<br>137 N Freedom Boulevard<br>Provo, UT 84601 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Justin Prince v. Modere, Inc., et al.<br>230403059 | Contract | Fourth Judicial District Court, Utah County, State of Utah<br>137 N Freedom Boulevard<br>Provo, UT 84601 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Body Fuel Unlimited v. Maple Mountain Enterprises, Inc.<br>2:25-cv-00246-HCN | Trademark Infringement | US District Court for the District of Utah<br>351 Southwest Temple Street<br>Salt Lake City, UT 84101 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Iowa Sales Tax Audit | Sales Tax Audit | Iowa Dept of Revenue<br>1305 E Walnut Street<br>First Floor<br>Des Moines, IA 50319 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.5. | Nebraska Sales Tax Audit | Sales Tax Audit | Nebraska Dept of Revenue<br>PO BOX 94818<br><br>Lincoln, NE 68509-4818 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.6. | Utah County Personal Property Tax Audit | Personal Property Tax Audit | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-0260 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.7. | California Sales Tax Audit | Sales Tax Audit | California Dept. of Tax & Fee Admin.<br>PO Box 942879<br>Sacramento, CA 94279 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Debtor | Maple Mountain Enterprises, Inc. | | Case number *(if known)* | 25-13199-MKN |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Paladin Management Group<br>633 West 5th Street<br>26th Floor<br>Los Angeles, CA 90071 | | 4/25/2025 | $100,000.00 |
| | **Email or website address**<br>paladinmgmt.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Paladin Management Group<br>633 West 5th Floor<br>26th Floor<br>Los Angeles, CA 90071 | | 5/2/2025 | $100,000.00 |
| | **Email or website address**<br>paladinmgmt.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | Paladin Management Group<br>633 West Fifth Street<br>26th Floor<br>Los Angeles, CA 90071 | | 5/9/2025 | $100,000.00 |
| | **Email or website address**<br>paladinmgmt.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | Paladin Management Group<br>633 West 5th Street<br>Los Angeles, CA 90071 | | 5/19/2025 | $200,000.00 |
| | **Email or website address**<br>paladinmgmt.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| Debtor | Maple Mountain Enterprises, Inc. | | Case number *(if known)* | 25-13199-MKN |
|---|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.5. | Paladin Management Group 633 West 5th Street Los Angeles, CA 90071 | | 5/23/2025 | $300,000.00 |
| | **Email or website address** paladinmgmt.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.6. | | | 5/31/2025 (Aggregate payment with associated Debtor, Maple Mountain Group, LLC, Case No. 25-13201-MKN) | |
| | Schwartz Law PLLC 601 East Bridger Avenue Las Vegas, NV 89101 | | | $253,465.50 |
| | **Email or website address** nvfirm.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.7. | Paladin Management Group 633 West 5th Street 25th Floor Los Angeles, CA 90071 | | 5/30/2025 | $225,000.00 |
| | **Email or website address** paladinmgmt.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
| --- | --- | --- | --- | --- |

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | Cerberus Business Finance Agency LLC<br>875 Third Avenue, 12th Floor<br>New York, NY 10022 | Ceberus received payment from the sale of substantially all of the business and assets to Liquid Collagen Acquistion, LLC, an affiliate of Shaklee Corporaton pursuant to the Foreclosure and Asset Purchase Agreement. | 5/22/2025 | $18,000,000.00 |
| | **Relationship to debtor** | | | |
| 13.2. | Modere Intermediate Holdings Sarl | Second Lien Debt | 12/4/2020 | $302,217,980.00 |
| | **Relationship to debtor** | | | |

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |
| | |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Name, address, phone, email, tax id, SSN

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor   Maple Mountain Enterprises, Inc.                              Case number *(if known)*  25-13199-MKN

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Debtor | Maple Mountain Enterprises, Inc. | Case number *(if known)* | 25-13199-MKN |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| | | | **Dates business existed** |
| 25.1. | Maple Mountain Group, Inc. 530 South 2000 West Springville, UT 84663 | Manufacturing/Services | EIN: 87-0499639 From-To 6/13/1994 to Present |
| 25.2. | Modere New Zealand Ltd. 293 Lincoln Road Auckland, New Zealand 0650 | Sales to Social Marketers/Customers | EIN: '056638276 From-To 6/19/1991 to Present |
| 25.3. | Modere Australia Pty. Ltd. 60 Halifax Street Adelaide, Australlia 5000 | Sales to Social Marketers/Customers | EIN: 11065366458 From-To 7/1/1994 to Present |
| 25.4. | Modere Japan GK 32 Shiba-Koen Buildings 4-30 Shiba-Koen 3-chome Minato-ku Tokyo, Japan 105-0011 | Sales to Social Marketers/Customers | EIN: '3010403009667 From-To 6/13/2012 to Present |
| 25.5. | Modere Malaysia SDN BHD 10th Floor, Menara Hap Seng No. 173 Jalan P. Ramlee Kuala Lumpur, Malaysia 50250 | Dormant | EIN: C4865320090 From-To 10/20/1989 to Present |
| 25.6. | Modere (Thailand) Co. Ltd. 777/23 Moo 5 Mooban Ruean Luang Park Ville Samut Prakan, Thailand 10280 | Dormant | EIN: 3-9010-3816-5 From-To 11/12/1997 to Present |
| 25.7. | Neways Columbia 530 South 2000 West Springville, UT 84663 | Dormant | EIN: From-To 7/11/1997 to Present |

| Debtor | Maple Mountain Enterprises, Inc. | | Case number (if known) | 25-13199-MKN |
|---|---|---|---|---|

| 25.8. | Modere China Inc.<br>530 South 2000 West<br>Springville, UT 84663 | Dormant | **EIN:**<br>**From-To** | 90-0041760<br>5/17/2002 to Present |
|---|---|---|---|---|
| 25.9. | Modere Colombia Inc.<br>530 South 2000 West<br>Springville, UT 84663 | Dormant | **EIN:**<br>**From-To** | 80-0053068<br>10/15/2002 to Present |
| 25.10. | Modere Europe BV<br>Telecomlaan 9<br>Diegem, Belgium 1831 | Sales to Social Marketers/Customers | **EIN:**<br>**From-To** | '0893292596<br>10/31/2007 to Present |
| 25.11. | Modere Singapore Pte Ltd.<br>140 Paya Lebar Road<br>Singapore 409015 | Dormant | **EIN:**<br>**From-To** | 2012-14027-R<br>6/6/2012 to Present |
| 25.12. | Modere BV<br>Westfield, 1020, 5688HA<br>Oirschot, Netherlands | Services/Holding Company | **EIN:**<br>**From-To** | NL817899728B01<br>4/20/2007 to Present |
| 25.13. | ECLAT Inc.<br>530 South 2000 West<br>Springville, UT 84663 | Dormant | **EIN:**<br>**From-To** | 88-0303533<br>9/13/1999 to Present |
| 25.14. | Modere India Private Limited<br>Unit 22C, Level 18<br>One Horizon Centre<br>Golf Course Road<br>Gurugram, India 122002 | Sales to Social Marketers/Customers | **EIN:**<br>**From-To** | U24304DL2019FTC357234<br>11/7/2019 to Present |
| 25.15. | Neways International<br>(Phillipines)<br>530 South 2000 West<br>Springville, UT 84663 | Discontinued | **EIN:**<br>**From-To** | 80-0053068<br>Unknown |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | Gregory Gittens<br>783 East 17th Street<br>Brooklyn, NY 11230 | 11/13/2023 to<br>4/11/2025 |
| 26a.2. | Shane Ware<br>18126 East Allen Shore Drive<br>Cypress, TX 77433 | 3/8/2008 to 9/1/2023 |
| 26a.3. | Rad Clark<br>4101 Timpview Drive<br>Provo, UT 84604 | 4/17/2024 to<br>4/11/2025 |
| 26a.4. | Dwight Robbins<br>70 West 1560 South<br>Orem, UT 84058 | 11/29/2011 to<br>3/15/2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Debtor  Maple Mountain Enterprises, Inc.                                 Case number (if known) 25-13199-MKN

within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  Grant Thornton 155 North 400 West Suite 135 Salt Lake City, UT 84103 | 12/31/2016 to Present |
| Name and address | Date of service From-To |
| 26b.2.  Gregory Gittens 783 East 17th Street Brooklyn, NY 11230 | 11/13/2023 to 4/11/2025 |
| Name and address | Date of service From-To |
| 26b.3.  Shane Ware 18126 E. Allen Shore Drive Cypress, TX 77433 | 3/8/2008 to 9/1/2023 |
| Name and address | Date of service From-To |
| 26b.4.  Rad Clark 4101 Timpview Drive Provo, UT 84604 | 4/17/2024 to 4/11/2025 |
| Name and address | Date of service From-To |
| 26b.5.  Dwight Robbins 70 West 1560 South Orem, UT 84058 | 11/29/2011 to 3/15/2024 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Grant Thornton - auditors 155 North 400 West Suite 135 Salt Lake City, UT 84103 | |
| 26c.2.  Zcap - Private Equity 1330 Ave of Americas 16th Floor New York, NY 10019 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.  Grant Thornton 155 North 400 West Salt Lake City, UT 84103 | |
| 26d.2.  Block 29 Developers (Provo Landlord) 145 West 200 North Provo, UT 84601 | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

Debtor    Maple Mountain Enterprises, Inc.                    Case number *(if known)* 25-13199-MKN

| Name and address | |
|---|---|
| 26d.3. | Cerberus<br>75 Third Ave<br>New York, NY 10022 |
| 26d.4. | Z Capital Partners<br>1330 Ave of Americas<br>16th Floor<br>New York, NY 10019 |
| 26d.5. | GEP<br>100 Walnut Avenue<br>Clark, NJ 07066 |
| 26d.6. | GPS Capital Markets (Corpay)<br>10813 S River Front Parkway<br>Suite 400<br>South Jordan, UT 84095 |
| 26d.7. | BDO<br>330 North Wabash Avenue<br>Chicago, IL 60611 |
| 26d.8. | Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94163 |
| 26d.9. | HSBC<br>P.O. Box 9<br>Buffalo, NY 14240 |
| 26d.10. | PayPal/Braintree<br>2211 N 1st St<br>San Jose, CA 95131 |
| 26d.11. | WorldPay<br>8500 Governors Hill Drive<br>Cincinnati, OH 45249 |
| 26d.12. | PayQuicker<br>400 Linden Oaks<br>Rochester, NY 14625 |
| 26d.13. | Klarna<br>800 North High Street<br>Suite 400<br>Columbus, OH 43215 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. Christian N. Arellano | 3/21/2025 | Unknown |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| Kieara Danyel Heiselt<br>530 South 2000 West<br>Springville, UT 84663 | | |

Debtor  Maple Mountain Enterprises, Inc.                                    Case number (if known) 25-13199-MKN

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | Luis Fernando Morillo | 2/21/2025 | Unknown |
| | **Name and address of the person who has possession of inventory records** | | |
| | Kieara Danyel Heiselt<br>530 South 2000 West<br>Springville, UT 84663 | | |
| 27.3. | Christian N. Arellano | 12/27/2024 | Unknown |
| | **Name and address of the person who has possession of inventory records** | | |
| | Kieara Danyel Heiselt<br>530 South 2000 West<br>Springville, UT 84663 | | |
| 27.4. | Luis Fernando Morillo | 12/20/2024 | Unknown |
| | **Name and address of the person who has possession of inventory records** | | |
| | Kieara Danyel Heiselt<br>530 South 2000 West<br>Springville, UT 84663 | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Z Capital Partners Fund Holdings I LLC | 1330 Avenue of the Americas 16th Floor New York, NY 10019 | Equity Shareholder | 16.69% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Z Capital Partners II LP | 1330 Avenue of the Americas 16th Floor New York, NY 10019 | Equity Shareholder | 27.49% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Z Capital Partners II LP-A | 1330 Avenue of the Americas 16th Floor New York, NY 10019 | Equity Shareholder | 36.29% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Z Capital Partners II LP-B | 1330 Avenue of the Americas New York, NY 10019 | Equity Shareholder | 14.08% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

Debtor   Maple Mountain Enterprises, Inc.                          Case number *(if known)*   25-13199-MKN

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Glen L. Tuttle | 1040 North Grove Drive<br>Alpine, UT 84004 | Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Gregory A. Gittens | 783 East 17th Street<br>Brooklyn, NY 11230 | Secretary, Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Nate Frazier | 104 Field Brook Lane<br>Gibsonia, PA 15044 | President, Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Gulbrandsen | 14282 South Cooper Oaks Drive<br>Herriman, UT 84096 | Treasurer | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Please see attached as Exhibit A to Question No. 4 | $5,992,416.00 | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Maple Mountain Group, Inc. | **EIN:**    87-0499639 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    Maple Mountain Enterprises, Inc.                                          Case number *(if known)*  25-13199-MKN

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 16, 2025

/s/ Thomas S. Avila                                         Thomas S. Avila
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    Chief Restructuring Officer

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

SOFA Part 2, Question 4 Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

In re Maple Mountain Enterprise, Inc.
Case No. 25-13199-MKN

| Case Number | Debtor Name | Insider Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 5/10/2023 | 49,515.96 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 2/27/2023 | 45,000.00 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 3/4/2023 | 9,515.00 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 3/4/2023 | 9,515.00 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 3/24/2023 | 40,000.00 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 5/26/2024 | 69,102.98 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 7/1/2024 | 69,102.98 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 8/20/2024 | 59,750.01 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 9/12/2024 | 52,750.01 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 10/24/2024 | 54,515.96 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 11/14/2024 | 75,515.90 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 12/4/2024 | 54,515.90 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 1/10/2024 | 106,106.00 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 12/7/2024 | 100,936.00 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 2/22/2024 | 67,914.75 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 2/27/2024 | 78,467.51 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 4/2/2024 | 75,007.00 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 5/21/2024 | 69,027.80 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hapleg US LLC | 155 East 44th Street | Suite 200 | | NY | NY | 10017 | USA | | 5/29/2024 | 69,102.98 | fiscal 2024 payments |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Z Capital Management, LLC | 1390 Ave of Americas | 16th Floor | | NY | NY | 10019 | USA | Equity Holder | 2/15/2024 | 35,164.27 | For outstanding Zcap fees |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Z Capital Management, LLC | 1390 Ave of Americas | 16th Floor | | NY | NY | 10019 | USA | Equity Holder | 2/21/2024 | 5,268.36 | For outstanding Zcap fees |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Z Capital Management, LLC | 1390 Ave of Americas | 16th Floor | | NY | NY | 10019 | USA | Equity Holder | 5/2/2024 | 100,000.00 | For outstanding Zcap fees |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Z Capital Management, LLC | 1390 Ave of Americas | 16th Floor | | NY | NY | 10019 | USA | Equity Holder | 5/2/2024 | 100,000.00 | For outstanding Zcap fees |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Z Capital Management, LLC | 1390 Ave of Americas | 16th Floor | | NY | NY | 10019 | USA | Equity Holder | 5/30/2024 | 78,481.47 | For outstanding Zcap fees |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Z Capital Management, LLC | 1390 Ave of Americas | 16th Floor | | NY | NY | 10019 | USA | Equity Holder | 2/14/2024 | 204,647.81 | For outstanding Zcap fees |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Z Capital Management, LLC | 1390 Ave of Americas | 16th Floor | | NY | NY | 10019 | USA | Equity Holder | 1/21/2024 | 38,929.75 | For outstanding Zcap fees |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Z Capital Management, LLC | 1390 Ave of Americas | 16th Floor | | NY | NY | 10019 | USA | Equity Holder | 3/27/2024 | 118,330.04 | For outstanding Zcap fees |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Z Capital Management, LLC | 1390 Ave of Americas | 16th Floor | | NY | NY | 10019 | USA | Equity Holder | 4/5/2024 | 100,000.00 | For outstanding Zcap fees |

SOFA Part 2, Question 4 • Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders
In re: Maple Mountain Enterprise, Inc.
Case No. 25-13199-MKN

| Case Number | Debtor Name | Insider Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-13199-MKN | Maple Mountain Enterprise Inc | Z Capital Management, LLC | 1330 Ave of Americas | 16th Floor | | NY | NY | 10019 | USA | Equity Holder | 4/11/2024 | 100,000.00 | For outstanding Z cap fees |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Z Capital Management, LLC | 1330 Ave of Americas | 16th Floor | | NY | NY | 10019 | USA | Equity Holder | 4/17/2024 | 100,000.00 | For outstanding Z cap fees |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Z Capital Management, LLC | 1330 Ave of Americas | 16th Floor | | NY | NY | 10019 | USA | Equity Holder | 5/6/2024 | 300,000.00 | For outstanding Z cap fees |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Z Capital Management, LLC | 1330 Ave of Americas | 16th Floor | | NY | NY | 10019 | USA | Equity Holder | 5/14/2024 | 215,130.00 | For outstanding Z cap fees |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 104 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 4/12/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 105 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 4/26/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 106 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 5/10/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 107 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 5/24/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 108 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 6/7/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 109 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 6/21/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 110 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 7/5/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 111 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 7/19/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 112 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 8/2/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 113 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 8/16/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 114 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 8/30/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 115 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 9/13/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 116 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 9/27/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 117 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 10/11/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 118 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 10/25/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 119 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 11/8/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 120 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 11/20/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 121 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 12/6/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 122 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 12/20/2024 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 123 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 1/3/2025 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 124 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 1/17/2025 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 125 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 1/31/2025 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 126 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 2/14/2025 | 23,076.92 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 127 Field Book Lane | | | Gibsonia | PA | 15044 | USA | Dec Chairman, President & COO | 2/28/2025 | 23,076.92 | Gross Pay |

SOFA Part 2, Question 4: Payments or transfers made within 1 year preceding commencement of the case to creditors who are or were insiders
In re Maple Mountain Enterprise, Inc.
Case No. 25-13199-MKN

| Case Number | Debtor Name | Insider Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 128 Field Brook Lane | | | Gibsonia | PA | 15044 | USA | Exec Chairman, President & CEO | 3/14/2025 | 23,076.93 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 129 Field Brook Lane | | | Gibsonia | PA | 15044 | USA | Exec Chairman, President & CEO | 3/28/2025 | 23,076.93 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 130 Field Brook Lane | | | Gibsonia | PA | 15044 | USA | Exec Chairman, President & CEO | 4/11/2025 | 34,615.40 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 131 Field Brook Lane | | | Gibsonia | PA | 15044 | USA | Exec Chairman, President & CEO | 4/25/2025 | -34,615.40 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 132 Field Brook Lane | | | Gibsonia | PA | 15044 | USA | Exec Chairman, President & CEO | 12/20/2024 | 125,000.00 | Bonus |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 133 Field Brook Lane | | | Gibsonia | PA | 15044 | USA | Exec Chairman, President & CEO | 12/31/2024 | 461.20 | Misc Payment |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Frazier, Nathan | 134 Field Brook Lane | | | Gibsonia | PA | 15044 | USA | Exec Chairman, President & CEO | 12/31/2024 | 666.21 | Misc Payment |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 783 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 4/12/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 785 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 4/26/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 786 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 5/10/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 787 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 5/24/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 788 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 6/7/2024 | 15,000.00 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 789 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 6/21/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 790 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 7/5/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 791 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 7/19/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 792 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 8/2/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 793 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 8/16/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 794 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 8/30/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 795 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 9/13/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 796 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 9/27/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 797 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 10/11/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 798 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 10/25/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 799 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 11/8/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 800 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 11/22/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 801 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 12/6/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 802 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 12/20/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 803 East 17th Street | | | Brooklyn | NY | 11230 | USA | CFO | 1/17/2025 | 15,384.62 | Gross Pay |

SOFA Part 2, Question 4 • Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders
Case No. 25-13199-MKN

| Case Number | Debtor Name | Insider Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 804 East 17th Street | | Brooklyn | NY | 11230 | USA | CFO | 1/01/2025 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 805 East 17th Street | | Brooklyn | NY | 11230 | USA | CFO | 2/14/2025 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 806 East 17th Street | | Brooklyn | NY | 11230 | USA | CFO | 2/28/2025 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 807 East 17th Street | | Brooklyn | NY | 11230 | USA | CFO | 3/14/2025 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 808 East 17th Street | | Brooklyn | NY | 11230 | USA | CFO | 3/28/2025 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 809 East 17th Street | | Brooklyn | NY | 11230 | USA | CFO | 4/11/2025 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 810 East 17th Street | | Brooklyn | NY | 11230 | USA | CFO | 4/04/2025 | 23,076.93 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 811 East 17th Street | | Brooklyn | NY | 11230 | USA | CFO | 4/25/2025 | 23,076.93 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 812 East 17th Street | | Brooklyn | NY | 11230 | USA | CFO | 11/15/2024 | 50,000.00 | Bonus |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 813 East 17th Street | | Brooklyn | NY | 11230 | USA | CFO | 12/01/2024 | 445.47 | Misc Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Gittens, Gregory Anthony | 814 East 17th Street | | Brooklyn | NY | 11230 | USA | CFO | 12/01/2024 | 2,665.96 | Misc Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1587 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 8/16/2024 | 10,228.94 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1588 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 8/30/2024 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1589 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 9/13/2024 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1370 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 9/27/2024 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1371 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 10/11/2024 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1372 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 10/25/2024 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1373 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 11/08/2024 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1374 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 11/22/2024 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1375 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 11/05/2025 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1376 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 12/05/2024 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1377 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 12/20/2024 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1378 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 1/03/2025 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1379 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 1/17/2025 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1380 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 1/31/2025 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1581 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 2/14/2025 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1582 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 2/20/2025 | 10,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Hildebrandt, Jeffrey Lars | 1383 West Fort Rock Drive | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 3/14/2025 | 10,384.62 | Gross Pay |

In re Maple Mountain Enterprise, Inc.
Case No. 25-13199-MKN
SOFA Part 2, Question 4 Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Case Number | Debtor Name | Insider Name | Address1 | Address2 | Address2 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hildebrandt, Jeffrey Lars | 1386 West Fort Rock Drive | | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 3/20/2025 | 10,384.62 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hildebrandt, Jeffrey Lars | 1386 West Fort Rock Drive | | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 4/11/2025 | 10,384.62 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hildebrandt, Jeffrey Lars | 1386 West Fort Rock Drive | | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 4/30/2025 | 15,578.93 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hildebrandt, Jeffrey Lars | 1387 West Fort Rock Drive | | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 4/30/2025 | 15,578.92 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hildebrandt, Jeffrey Lars | 1388 West Fort Rock Drive | | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 11/20/2024 | -15,578.93 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Hildebrandt, Jeffrey Lars | 1389 West Fort Rock Drive | | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 12/31/2024 | 460.21 Misc Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 1390 West Fort Rock Drive | | | Saratoga Springs | UT | 84045 | USA | Sr VP-Global Marketing | 12/31/2024 | 194.92 Misc Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 137 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 4/10/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 138 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 4/26/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 139 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 5/10/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 140 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 5/24/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 141 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 6/7/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 142 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 6/21/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 143 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 7/5/2024 | 72,676.30 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 144 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 7/19/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 145 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 8/2/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 146 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 8/16/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 147 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 8/30/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 148 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 9/13/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 149 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 9/27/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 150 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 10/11/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 151 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 10/25/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 152 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 11/8/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 153 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 11/22/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 154 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 11/25/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 155 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 12/6/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 156 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 12/20/2024 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Inkey, Aaron | 157 Via Verre | | | Newport Beach | CA | 92660 | USA | Chief Executive Officer | 1/3/2025 | 22,731.54 Gross Pay | |

5 of 9

In re Maple Mountain Enterprises, Inc.
Case No. 25-13199-MKN
SOFA Part 2, Question 4: Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Case Number | Debtor Name | Insider Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-13199-MKN | Maple Mountain Enterprises Inc | Ishaq, Asma | 159 Via Havre | | | Newport Beach | CA | 92663 | USA | Chief Executive Officer | 1/17/2025 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Ishaq, Asma | 159 Via Havre | | | Newport Beach | CA | 92663 | USA | Chief Executive Officer | 1/31/2025 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Ishaq, Asma | 160 Via Havre | | | Newport Beach | CA | 92663 | USA | Chief Executive Officer | 2/14/2025 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Ishaq, Asma | 161 Via Havre | | | Newport Beach | CA | 92663 | USA | Chief Executive Officer | 2/28/2025 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Ishaq, Asma | 162 Via Havre | | | Newport Beach | CA | 92663 | USA | Chief Executive Officer | 3/14/2025 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Ishaq, Asma | 163 Via Havre | | | Newport Beach | CA | 92663 | USA | Chief Executive Officer | 3/28/2025 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Ishaq, Asma | 164 Via Havre | | | Newport Beach | CA | 92663 | USA | Chief Executive Officer | 4/11/2025 | 22,731.54 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Ishaq, Asma | 160 Via Havre | | | Newport Beach | CA | 92663 | USA | Chief Executive Officer | 10/31/2024 | 49.49 Misc Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Scott, Catherine | 7124 Mezzeluna Way | | | Provo | UT | 84606 | USA | Chief Revenue Officer | 3/14/2025 | 11,250.00 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Scott, Catherine | 7125 Mezzeluna Way | | | Provo | UT | 84606 | USA | Chief Revenue Officer | 3/28/2025 | 12,500.00 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Scott, Catherine | 7126 Mezzeluna Way | | | Provo | UT | 84606 | USA | Chief Revenue Officer | 4/11/2025 | 12,500.00 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Scott, Catherine | 7127 Mezzeluna Way | | | Provo | UT | 84606 | USA | Chief Revenue Officer | 4/11/2025 | 6,250.00 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 656 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 4/12/2024 | 5,288.47 Misc Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 657 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 4/26/2024 | 10,576.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 658 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 5/10/2024 | 10,576.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 659 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 5/24/2024 | 10,576.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 660 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 6/7/2024 | 10,576.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 661 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 6/21/2024 | 10,576.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 662 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 7/5/2024 | 10,576.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 663 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 7/19/2024 | 10,576.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 664 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 8/2/2024 | 10,576.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 665 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 8/16/2024 | 10,576.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 666 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 8/30/2024 | 10,576.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 667 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 9/13/2024 | 10,576.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 668 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 9/27/2024 | 10,576.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 669 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 10/11/2024 | 10,576.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 670 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 10/25/2024 | 10,576.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Taylor, Carmine Noel | 671 East 350 North | | | Provo | UT | 84606 | USA | Chief People Officer | 11/8/2024 | 10,576.50 Gross Pay | |

In re: Maple Mountain Enterprises, Inc.
Case No. 25-13199-MKN
SOFA Part 2, Question 4: Payments or transfers made within 1 year preceding commencement of the case to creditors who are or were insiders

| Case Number | Debtor Name | Insider Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Taylor, Camrew Noel | 672 East 350 North | | | Provo | UT | 84606 | USA | Chief Precutor Officer | 10/22/2024 | 10,176.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Taylor, Camrew Noel | 673 East 350 North | | | Provo | UT | 84606 | USA | Chief Precutor Officer | 11/05/2024 | 10,176.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Taylor, Camrew Noel | 674 East 350 North | | | Provo | UT | 84606 | USA | Chief Precutor Officer | 12/09/2024 | 10,176.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Taylor, Camrew Noel | 675 East 350 North | | | Provo | UT | 84606 | USA | Chief Precutor Officer | 12/31/2025 | 10,176.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Taylor, Camrew Noel | 676 East 350 North | | | Provo | UT | 84606 | USA | Chief Precutor Officer | 1/9/2025 | 10,176.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Taylor, Camrew Noel | 677 East 350 North | | | Provo | UT | 84606 | USA | Chief Precutor Officer | 1/17/2025 | 10,176.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Taylor, Camrew Noel | 678 East 350 North | | | Provo | UT | 84606 | USA | Chief Precutor Officer | 1/30/2025 | 10,176.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Taylor, Camrew Noel | 679 East 350 North | | | Provo | UT | 84606 | USA | Chief Precutor Officer | 2/14/2025 | 10,176.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Taylor, Camrew Noel | 680 East 350 North | | | Provo | UT | 84606 | USA | Chief Precutor Officer | 2/28/2025 | 10,176.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Taylor, Camrew Noel | 681 East 350 North | | | Provo | UT | 84606 | USA | Chief Precutor Officer | 3/14/2025 | 10,176.50 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Taylor, Camrew Noel | 682 East 350 North | | | Provo | UT | 84606 | USA | Chief Precutor Officer | 3/28/2025 | 15,985.40 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Taylor, Camrew Noel | 683 East 350 North | | | Provo | UT | 84606 | USA | Chief Precutor Officer | 4/16/2025 | 15,985.40 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Taylor, Camrew Noel | 684 East 350 North | | | Provo | UT | 84606 | USA | Chief Precutor Officer | 4/22/2025 | 45,085.40 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24643 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 4/22/2024 | 13,846.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24642 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 4/29/2024 | 13,846.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24643 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 5/10/2024 | 13,846.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24644 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 5/24/2024 | 13,846.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24645 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 6/7/2024 | 13,846.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24646 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 6/21/2024 | 13,846.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24647 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 7/5/2024 | 13,846.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24648 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 7/19/2024 | 13,846.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24649 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 8/2/2024 | 13,846.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24650 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 8/16/2024 | 13,846.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24651 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 8/30/2024 | 13,846.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24652 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 9/13/2024 | 13,846.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24653 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 9/27/2024 | 13,846.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24654 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 10/11/2024 | 13,846.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprise, Inc | Tran, Charles Guy | 24655 Macelo Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Reformation Officer | 10/25/2024 | 13,846.16 Gross Pay | |

| Case Number | Debtor Name | Insider Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-13199-MKN | Maple Mountain Enterprise Inc | Thoe, Charles Guy | 24048 Maceio Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Restructure Officer | 11/8/2024 | 13,846.16 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Thoe, Charles Guy | 24027 Maceio Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Restructure Officer | 11/22/2024 | 13,846.16 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Thoe, Charles Guy | 24038 Maceio Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Restructure Officer | 11/25/2025 | 13,846.16 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Thoe, Charles Guy | 24039 Maceio Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Restructure Officer | 12/6/2024 | 13,846.16 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Thoe, Charles Guy | 24040 Maceio Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Restructure Officer | 12/20/2024 | 13,846.16 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Thoe, Charles Guy | 24041 Maceio Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Restructure Officer | 1/3/2025 | 13,846.16 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Thoe, Charles Guy | 24042 Maceio Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Restructure Officer | 1/17/2025 | 28,269.35 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Thoe, Charles Guy | 24043 Maceio Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Restructure Officer | 10/31/2024 | 401.72 | Misc Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Thoe, Charles Guy | 24044 Maceio Drive | | | Laguna Niguel | CA | 92677 | USA | Chief Restructure Officer | 10/31/2024 | 4,802.32 | Misc Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7203 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 4/12/2024 | 7,625.71 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7204 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 4/26/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7205 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 5/10/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7206 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 5/24/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7207 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 6/7/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7208 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 6/21/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7209 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 7/5/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7210 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 7/19/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7211 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 9/2/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7212 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 8/16/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7213 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 8/9/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7214 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 9/13/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7215 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 9/27/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7216 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 10/11/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7217 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 10/25/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7218 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 11/8/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7219 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 11/22/2024 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7220 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 11/22/2020 | 15,384.62 | Gross Pay |
| 25-13199-MKN | Maple Mountain Enterprise Inc | Troy Heath | 7221 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 12/6/2024 | 15,384.62 | Gross Pay |

SOFA Part 2, Question 4: Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders
Case No. 25-13199-MKN

8 of 9

In re Maple Mountain Enterprises, Inc.
Case No. 25-13199-MKN
SOFA Part 2, Question 4: Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Case Number | Debtor Name | Insider Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7222 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 12/20/2024 | 15,384.62 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7223 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 1/3/2025 | 15,384.62 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7224 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 1/17/2025 | 15,384.62 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7225 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 1/31/2025 | 15,384.62 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7226 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 2/14/2025 | 15,384.62 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7227 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 2/28/2025 | 15,384.62 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7228 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 3/14/2025 | 15,384.62 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7229 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 3/28/2025 | 15,384.62 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7230 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 4/11/2025 | 15,384.62 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7231 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 4/9/2025 | 7,692.31 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7232 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 4/25/2025 | 15,384.62 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7233 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 4/25/2025 | 15,384.62 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7234 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 4/25/2025 | 45,384.62 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7235 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 12/31/2025 | 445.47 Misc Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Tracy Heath | 7236 Driftwood Dr SE | | | ADA | MI | 49301 | USA | Sr VP-Operations | 12/31/2025 | 851.59 Misc Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Wilson_Mckenzie N | 488 East 12100 South | | | Draper | UT | 84020 | USA | Chief Legal Officer | 3/14/2025 | 7,962.70 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Wilson_Mckenzie N | 489 East 12100 South | | | Draper | UT | 84020 | USA | Chief Legal Officer | 2/28/2025 | 13,271.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Wilson_Mckenzie N | 490 East 12100 South | | | Draper | UT | 84020 | USA | Chief Legal Officer | 3/14/2025 | 13,271.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Wilson_Mckenzie N | 491 East 12100 South | | | Draper | UT | 84020 | USA | Chief Legal Officer | 3/28/2025 | 13,271.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Wilson_Mckenzie N | 492 East 12100 South | | | Draper | UT | 84020 | USA | Chief Legal Officer | 4/11/2025 | 13,271.16 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Wilson_Mckenzie N | 493 East 12100 South | | | Draper | UT | 84020 | USA | Chief Legal Officer | 4/11/2025 | 19,906.74 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Wilson_Mckenzie N | 494 East 12100 South | | | Draper | UT | 84020 | USA | Chief Legal Officer | 4/25/2025 | 19,906.74 Gross Pay | |
| 25-13199-MKN | Maple Mountain Enterprises Inc | Wilson_Mckenzie N | 495 East 12100 South | | | Draper | UT | 84020 | USA | Chief Legal Officer | 4/25/2025 | 419,906.74 Gross Pay | |
| | | | | | | | | | | | Total | 5,862,458.60 | |