# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAGAN COX, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>ZENNI HOLDINGS, LLC et al.<br><br>    Defendants | C.A. No. 25-973-JLH |

## [PROPOSED] ORDER

AND now, this _____ day of _____, 202__, the Court having considered the briefing on Defendants' Motion to Dismiss and Plaintiffs' Opposition, IT IS HEREBY ORDERED THAT THE Motion is DENIED.

                                                                                                       _____
                                                                                                       The Honorable Jennifer L. Hall
                                                                                                       United States District Judge