**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| REAGAN COX, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ZENNI HOLDINGS, LLC et al.<br><br>Defendants | C.A. No. 25-973-JLH |

**CERTIFICATE OF SERVICE**

      I, James E. Huggett, hereby certify that on December 3, 2025, I served a copy of *Plaintiffs' Opposition to Motion to Dismiss via ECF on the following:*

David A. Jenkins, Esq.
Daniel A. Taylor, Esq.
Smith Katzenstein & Jenkins LLP
1000 N. West Street, Ste. 1501
Wilmington, DE 19801

                                    /s/ James E. Huggett
                                    James E. Huggett (#3956)