

**ATTORNEYS AT LAW**
www.margolisedelstein.com

JAMES E. HUGGETT, ESQUIRE
302-313-9605

jhuggett@margolisedelstein.com

**DELAWARE OFFICE:**
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
302.888.1112
Fax: 302.888.1119

PHILADELPHIA OFFICE:*
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106-3337
215.922.1100

HARRISBURG OFFICE:*
214 Senate Avenue
Suite 402
Camp Hill, PA 17011
717.975.8114

PITTSBURGH OFFICE:*
The Oliver Building
535 Smithfield Street
Suite 1100
Pittsburgh, PA 15222
412.281.4256

WESTERN PENNSYLVANIA OFFICE:
983 Third Street
Beaver, PA 15009
724.774.6000

CENTRAL PENNSYLVANIA OFFICE:
P.O. Box 628
Hollidaysburg, PA 16648
814.695.5064

SCRANTON OFFICE:*
220 Penn Avenue
Suite 305
Scranton, PA 18503
570.342.4231

SOUTH NEW JERSEY OFFICE:*
100 Century Parkway, Suite 200
P.O. Box 5084
Mt. Laurel, NJ 08054
856.727.6000

NORTH NEW JERSEY OFFICE:
Connell Corporate Center
400 Connell Drive
Suite 5400
Berkeley Heights, NJ 07922
908.790.1401

*Member of the Harmonie Group

December 4, 2025

**Via Electronic Filing and Hand Delivery**
The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17
Room 6312
Wilmington, DE 19801-3555

   RE: *Reagan Cox, et al. v. Zenni Holdings, LLC, et al.*
     C.A. No. 25-0973-JLH

To the Honorable Jennifer L. Hall:

  Enclosed are two courtesy copies of *Plaintiffs' Brief in Opposition to Motion to Dismiss*. Defendants Reply Brief, as per Local Rules, is due on December 10, 2025.

  Counsel is available should Your Honor have any questions.

         Respectfully submitted,

         */s/ James E. Huggett*
         James E. Huggett (DE ID 3956)

Enclosures

Cc: All Delaware Counsel (via ECF/Pacer)