IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAGAN COX, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>ZENNI HOLDINGS, LLC et al.<br><br>    Defendants | C.A. No. 25-973-JLH |

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. Local Rule 7.1.4, Defendants Zenni Holdings, LLC *et al.*, respectfully request oral argument before the Court in conjunction with their motion to dismiss the Complaint for failure to state a claim (D.I. 20). The motion was filed on November 3, 2025, and briefing was complete on December 10, 2025. (D.I. 21; D.I. 25; D.I. 27)

Dated: December 11, 2025

Of Counsel:

Avery Samet
Charles Wollman
**AMINI LLC**
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 497-8278
asamet@aminillc.com
cwollman@aminillc.com

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
David A. Jenkins (No. 932)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
daj@skjlaw.com
dat@skjlaw.com

*Attorneys for Defendants*